UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>BINANAT CAPITAL, LLC,<br><br>      Debtor. | CASE NO. 23-55019-LRC<br><br>Chapter 7 |

### BINANAT CAPITAL, LLC'S ANSWER TO INVOLUNTARY BANKRUPTCY PETITION

BinaNat Capital, LLC ("BinaNat"), by and through its undersigned counsel, hereby files this *Answer to Involuntary Bankruptcy Petition*, respectfully showing the Court as follows:

### ANSWER

BinaNat does not contest the ability of the petitioning creditors, John Douglas Wyatt, Oconee Players Club, LLC, and Douglas Lee Wyatt (the "Petitioning Creditors") to file the Involuntary Bankruptcy Petition against BinaNat on May 31, 2023. BinaNat reserves the right to contest the amount of the claims of the Petitioning Creditors, the venue of this involuntary bankruptcy proceeding, and the chapter under Title 11 of the United States Code that this involuntary bankruptcy petition is proceeding under.

This 26th day of June, 2023.

                                                Respectfully submitted,

                                                ROBL LAW GROUP LLC

                                                /s/ Michael Robl
                                                By: Michael D. Robl
                                                michael@roblgroup.com
                                                Georgia Bar No. 610905
                                                Maxwell W. Bowen
                                                max@roblgroup.com
                                                Georgia Bar No. 719784
                                                *Counsel for Debtor*

3754 Lavista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>BINANAT CAPITAL, LLC,<br><br>    Debtor. | CASE NO. 23-55019-LRC<br><br>Chapter 7 |

    I hereby certify that on the 26th day of June, 2023, I electronically filed the foregoing ***Answer to Involuntary Bankruptcy Petition*** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.

    This 26th day of June, 2023.

                                                        ROBL LAW GROUP LLC

                                                        /s/ Michael Robl
                                                        By:  Michael D. Robl
                                                        Georgia Bar No. 610905
                                                        Maxwell W. Bowen
                                                        Georgia Bar No. 719784
                                                        *Counsel for Debtor*

3754 Lavista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)
max@roblgroup.com (email)