IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BINANAT CAPITAL, LLC, | ) | |
| | ) | Case No. 23-55019-LRC |
| | ) | |
| Debtor. | ) | |

PETITIONING CREDITORS' MOTION FOR ENTRY OF ORDER FOR RELIEF AND
STAY OF DISCOVERY

COME NOW John Douglas Wyatt, Douglas Lee Wyatt, and Oconee Players Club, LLC

("Petitioning Creditors") and file this their *Petitioning Creditors' Motion for Entry of Order for

Relief and Stay of Discovery* showing the Court as follows:

1.

The Petitioning Creditors filed their *Involuntary Petition Against a Non-Individual* on

May 31, 2023 ("Petition"). All three (3) Petitioning Creditors' signed the Petition under penalty

of perjury that the information set forth in the Petition is true and correct.

2.

Federal Rules of Bankruptcy Procedure Rule 1011(b) provides in pertinent part:

"Defenses and objections to the petition shall be presented in the manner prescribed by Rule 12

F.R.Civ.P. and shall be filed and served within 21 days after service of the summons . . .."

3.

Rule 12(b) of the Federal Rules of Civil Procedure provides in pertinent part: "Every

defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is

required."

4.

Debtor, on June 26, 2023, timely filed its *BinaNat Capital, LLC's Answer to Involuntary Bankruptcy Petition* ("Answer").  The Answer does not contest the Petitioning Creditors right to file the Petition pursuant to 11 U.S.C. § 303.

5.

Based on the foregoing, the case was ripe for the entry of an order for relief.  In response to the Court's June 28, 2023, inquiry to the parties as to the entry of said order for relief, Debtor, on June 30, 2023, filed its *BinaNat Capital, LLC's Amended Answer to Involuntary Bankruptcy Petition* ("Amended Answer").  The Amended Answer alleges "upon information and belief" that "one or more of the" Petitioning Creditors "did not have [sic] authorized the filing" of the Petition.  This allegation is made, notwithstanding the Petitioning Creditors' having signed the Petition under penalty of perjury.  No motion of any type accompanied the Amended Answer.

6.

Importantly, Debtor, in its Amended Answer, does not challenge that the requirements of 11 U.S.C. § 303 have been met for the filing of the Petition.

7.

After filing its Answer, Debtor filed its *Motion to Transfer Venue* ("Motion) pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014(a)(1) further acknowledging that the Petition was filed in the proper district and requesting that the Court exercise its discretion to transfer the case to the Middle District of Florida.

8.

On July 11, 2023, the Court held a status conference in the above-styled action and the affiliate case of In re: Robert Storm, Case No. 23-55028-LRC ("Affiliate Case").  The instant

action and the Affiliate Case were originally set down for a hearing on July 11, 2023, on the respective motions to transfer based on venue.  The filing of the Amended Answer in the instant case, however, resulted in the hearing being converted to a status conference.

9.

At the status conference, counsel for Debtor alleged that representations had been made to the principal of the Debtor that one or more of the Petitioning Creditors did not know about the filing of the involuntary bankruptcy against the Debtor.  Interestingly, the same allegations were not made as to the Petitioning Creditors' knowledge of the filing of the Affiliate Case.

10.

As a result, the Court determined that it was appropriate for an order for relief to be entered in the Affiliate Case and that limited discovery could proceed as to the issue of authority for filing the instant case.  The Court directed the parties to endeavor to establish a discovery schedule in the instant matter.  The Court further determined that until the issue of the authority to file the instant case and the Debtors' schedules in the Affiliate Case were filed, it was not in a position to address the transfer of venue issue.

11.

Attached hereto as Exhibits A and B respectively are the Affidavits of John Douglas Wyatt on behalf of himself, individually, and on behalf of Oconee Players Club, LLC, as Managing Member and Douglas Lee Wyatt, the Petitioning Creditors.

12.

As the affidavits detail, counsel for the Petitioning Creditors had full authority to file the Involuntary Petition for Bankruptcy as to Debtor and as to Mr. Storm.  The Affidavits are based

on the Petitioning Creditors respective personal knowledge and resolve any and all issues related to counsel's authority to file the petitions as the Affidavits affirm and ratify the same.

13.

While counsel for the Petitioning Creditors did not have a "wet signature" of the Petitioning Creditors on the involuntary petitions filed May 31, 2023, at the time of the filing, the involuntary petitions were amended on July 31, 2023, to reflect the "wet signatures" of the Petitioning Creditors.

14.

BLR 5055-7 requires that "The electronic filing of the document constitutes a representation and certification by the person filing the document (A) that each person whose signature is thus indicated on the document has signed it and (B) that, at the time of filing, the person filing the document electronically is in possession of an original document signed as indicated on the electronically filed document."

15.

Counsel for the Petitioning Creditors hereby acknowledges her failure in having the original signed documents in her possession at the time of filing the original petitions.  As evidenced by the Petitioning Creditors affidavits attached hereto, however, counsel for the Petitioning Creditors, in filing the petitions, was acting with full authority of her clients and counsel's action in filing the involuntary petitions has been ratified by the filing of the amended petitions on July 31, 2023.

16.

The remedy for the failure of counsel to have in her possession the original signatures of the Petitioning Creditors is for counsel to be sanctioned, if at all, in the manner determined to be appropriate by the Court pursuant to Bankruptcy Rule 9011.

17.

The status and or propriety of the filing of the Involuntary Petition in the above-styled case is to remain unaffected by counsel's failure as counsel's actions have been ratified by the Petitioning Creditors.  The case should not be subject to dismissal nor should the Petitioning Creditors suffer any adverse consequences.  *See In re: John Thomas RICE and Sheila Avery*, 521 B.R. 405 (Bankr. N.D. Ga. 2014).

For all the foregoing reasons, Petitioning Creditors respectfully submit that no discovery is necessary on the issue of Petitioning Creditors' counsel's authority to file the Involuntary Petition and that an order for relief should be entered in the above-styled case without further delay.

Respectfully submitted, this the 31st day of July, 2023.


/s/ *Rosemary S. Armstrong*
Rosemary S. Armstrong
Georgia State Bar No. 663361

/s/ *Joseph J. Burton, Jr.*
Joseph J. Burton, Jr.
Georgia State Bar No. 097875

ARMSTRONG NIX, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 900-5157
rarmstrong@armstrongnix.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2023, I electronically filed the within and

foregoing pleading with the Clerk of Court by using the CM/ECF system, which will serve the

same on all interested parties and counsel who have appeared to-date in the case.

Respectfully submitted, this the 31st day of July, 2023.

/s/ *Rosemary S. Armstrong*
Rosemary S. Armstrong
Georgia State Bar No. 663361

ARMSTRONG NIX, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone:  (404) 900-5157
rarmstrong@armstrongnix.com

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BINANAT CAPITAL, LLC, | ) | |
| | ) | Case No. 23-55019-LRC |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT OF JOHN DOUGLAS WYATT

Personally appeared before the undersigned officer, duly authorized to administer oaths, John Douglas Wyatt, who deposes and states as follows:

1.

I am John Douglas Wyatt. I am over the age of 18 and am competent to testify to the facts contained herein. The facts contained herein are based on my own personal knowledge. This affidavit may be used for any purpose allowed by law.

2.

I am a Petitioning Creditor in the above-styled case.

3.

I am the Managing Member of Oconee Players Club, LLC ("OPC"). OPC is a Petitioning Creditor in the above-styled case.

4.

In February 2023, I engaged Armstrong Nix, P.C. and, specifically, Rosemary Armstrong ("Ms. Armstrong") to represent OPC and me to recover undisputed monies, in excess of $3,000,000.00 owed me by BinaNat Capital, LLC ("BinaNat") and Robert Storm ("Mr. Storm").

5.

I knew and understood from the beginning of Ms. Armstrong's representation of me that
the filing of an involuntary petition for bankruptcy against both BinaNat and Mr. Storm was a
possible eventuality.  I also knew and understood that either BinaNat or Mr. Storm could
possibly file for bankruptcy.

6.

On May 31, 2023, Ms. Armstrong filed involuntary bankruptcy petitions against both
BinaNat and Mr. Storm on behalf of me and OPC as Petitioning Creditors.  Ms. Armstrong had
my absolute and full authority to file the involuntary bankruptcy petitions and to attach my
signature thereto on behalf of myself, individually, and on behalf of OPC.

7.

Ms. Armstrong called me at 10:48 a.m. on May 31, 2023, to discuss the filing of the
involuntary bankruptcy petitions against both BinaNat and Mr. Storm.  Attached is a true and
correct, redacted excerpt from my telephone bill evidencing the telephone call.  Ms. Armstrong's
cellphone number ends in 8509.  Moreover, I informed Ms. Armstrong in our initial meetings
early this year that she had my full authorization to pursue OPC's and my claim in any manner
she deemed appropriate including, but not limited to, the filing of involuntary bankruptcies.

8.

After the status conference in this matter was held earlier this month I understood that
claims were made by BinaNat that I did not authorize the involuntary bankruptcy filings.  This
representation is false.

9.

To the extent that a "wet signature" needs to be in the files of my attorney, I have provided the same to Ms. Armstrong.

10.

By my execution of this affidavit and the attached Involuntary Bankruptcy Petitions containing my "wet signature," I am ratifying all actions taken by Ms. Armstrong in this case and the filing of the involuntary bankruptcy against Mr. Storm. This affidavit and the Petitions attached hereto reaffirm that Ms. Armstrong acted with my full authority to do so.

FURTHER AFFIANT SAYETH NOT,

_____
John Douglas Wyatt

SWORN TO AND SUBSCRIBED
before me this 30ᵗʰ day of
July, 2023.

Notary Public

My Commission expires:

05.19.2024

JENNIFER M CANTRELL
Notary Public - State of Georgia
Clarke County
My Commission Expires May 19, 2024

Find a store

Make a store appointment

Contact us

Help & info

Credit card

---

  

TechBuzz blog

Community forums

---

Newsroom                                    Careers

Feedback                                    Ver en español

---

Site map                                    Coverage maps

Terms of use                                Accessibility

Broadband details                           Legal policy center

Advertising choices 🖉                       Privacy center

Your Privacy Choices                        FCC public files

©2023 AT&T Intellectual Property. All rights reserved.

| 05/31/2023 10:48:53 AM | ☎ 678.457.8509 | INCOMING | SDDV | 10 |



| | | | |
|---|---|---|---|
| ⌂ Account | 🗂 Payments | 💲 Bill | 🔄 Settings |

**‹ Back**

# Usage details

WIRELESS – ██████ 7416

05/07/2023 – 06/06/2023

JOHN ████ 1400



Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (if known): 23-55019-LRC   Chapter __7__

☑ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2:   Identify the Debtor

2. **Debtor's name**

   BinaNat Capital, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

   **Principal place of business**

   5565 Glenridge Connector NE
   Number      Street

   Suite 850

   Atlanta                    GA      30342
   City                       State   ZIP Code

   Fulton
   County

   **Mailing address, if different**

   Number      Street

   P.O. Box

   City                       State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                       State   ZIP Code

Debtor    **BinaNat Capital, LLC**    Case number *(if known)*  23-55019-LRC
_____
Name

| | |
|---|---|
| 6. **Debtor's website** (URL) | https://www.binanat.com |

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No    As of the date of this Amendment

☑ Yes. Debtor  Robert Storm    Relationship  affiliate

District  Northern District of Georgia    Date filed  05/31/2023    Case number, if known  23-55028-LRC
MM / DD / YYYY

Debtor _____    Relationship _____

District _____  Date filed _____    Case number, if known _____
MM / DD / YYYY

---

**Part 3:**    **Report About the Case**

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    BinaNat Capital, LLC
_____
Name

Case number (if known)  23-55019-LRC

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| John Douglas Wyatt | unsecured debt | $ 2,778,950.00 |
| Douglas Lee Wyatt | unsecured debt | $ 100,000.00 |
| Oconee Players Club, LLC | unsecured debt | $ 278,850.00 |
|  | Total of petitioners' claims | $ 3,157,800.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** <br><br> John Douglas Wyatt <br> Name <br><br> 1096 Lancaster Court <br> Number    Street <br><br> Watkinsville,      GA      30677 <br> City         State     ZIP Code <br><br> **Name and mailing address of petitioner's representative, if any** <br><br> Name <br><br> Number    Street <br><br> City         State     ZIP Code <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> Executed on  07/30/2023 <br>          MM / DD / YYYY <br><br> ✗ /s/ John Douglas Wyatt <br> Signature of petitioner or representative, including representative's title | Rosemary S. Armstrong <br> Printed name <br><br> Armstrong Nix, P.C. <br> Firm name, if any <br><br> 1050 Crown Pointe Parkway, Suite 500 <br> Number    Street <br><br> Atlanta          GA      30338 <br> City         State     ZIP Code <br><br> Contact phone  (404)900-5157  Email rarmstrong@armstrongnix.com <br><br> Bar number  663361 <br><br> State  Georgia <br><br> ✗ /s/ Rosemary S. Armstrong <br> Signature of attorney <br><br> Date signed  07/30/2023 <br>          MM / DD / YYYY |

Debtor   **BinaNat Capital, LLC**
_____
Name

Case number (if known)   23-55019-LRC

---

**Name and mailing address of petitioner**

Oconee Players Club, LLC
_____
Name

922 Hurricane Shoals Road NE
_____
Number   Street

| Lawrenceville | GA | 30043 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

John Douglas Wyatt
_____
Name

1096 Lancaster Court
_____
Number   Street

| Watkinsville, | GA | 30677 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/30/2023
MM / DD / YYYY

✗ _____, Managing Member
Signature of petitioner or representative, including representative's title

---

Rosemary S. Armstrong
_____
Printed name

Armstrong Nix, P.C.
_____
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
_____
Number   Street

| Atlanta | GA | 30338 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (404)900-5157   Email rarmstrong@armstrongnix.com

Bar number   663361

State   GA

✗ /s/ Rosemary S. Armstrong
Signature of attorney

Date signed   07/30/2023
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Douglas Lee Wyatt
_____
Name

1036 Dennis Station Road
_____
Number   Street

| Eatonton | GA | 31024 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

| | | |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/30/2023
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Rosemary S. Armstrong
_____
Printed name

Armstrong Nix, P.C.
_____
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
_____
Number   Street

| Atlanta | GA | 30338 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (404)900-5157   Email rarmstrong@armstrongnix.

Bar number   663361

State   GA

✗ /s/ Rosemary S. Armstrong
Signature of attorney

Date signed   07/30/2023
MM / DD / YYYY

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__

Case number *(if known)*: __23-55028-LRC__   Chapter __7__

☑ Check if this is an
amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Robert
First name

_____
Middle name

Storm
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ____ ____ ____ ____    OR    9 xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

Debtor   Robert Storm _____     Case number *(if known)* 23-55028-LRC

| 6. **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|

**Principal residence**

94 Rosehill Court
_____
Number    Street

_____

St. Augustine            FL    32092
_____
City                          State    ZIP Code

St. Johns
_____
County

**Principal place of business**

_____
Number    Street

_____

_____
City                          State    ZIP Code

_____
County

**Mailing address, if different from residence**

_____
Number    Street

_____

_____
City                          State    ZIP Code

---

7. **Type of business**

☐   Debtor does not operate a business

*Check one if the debtor operates a business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑   None of the above

---

8. **Type of debt**

**Each petitioner believes:**

☐   **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑   **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐   No

☑   Yes. Debtor BinaNat Capital, LLC _____     Relationship affiliate _____

District Northern District of Georgia     Date filed 05/31/2023     Case number, if known 23-55019-LRC
MM / DD / YYYY

Debtor _____     Relationship _____

District _____ Date filed _____     Case number, if known _____
MM / DD / YYYY

Debtor   Robert Storm

Case number *(if known)*   23-55028-LRC

| **Part 3:** | **Report About the Case** |

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| John Douglas Wyatt | unsecured creditor | $2,778,950.00 |
| Oconee Players Club, LLC | unsecured creditor | $ 278,850.00 |
| Douglas Lee Wyatt | | $ 100,000.00 |
| | Total | $3,157,800.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____ Robert Storm _____     Case number (if known) __23-53028-LRC__

| Part 4: | Request for Relief |
|---|---|

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _/s/ John Douglas Wyatt_____
Signature of petitioner or representative, including representative's title

John Douglas Wyatt
Printed name of petitioner

Date signed    07/30/2023
MM / DD / YYYY

**Mailing address of petitioner**

1096 Lancaster Court
Number    Street

Watkinsville,          GA          30677
City                State        ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

**Attorneys**

✗ /s/ Rosemary S. Armstrong _____
Signature of attorney

Rosemary S. Armstrong
Printed name

Armstrong Nix, P.C.
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
Number    Street

Atlanta          GA          30338
City             State        ZIP Code

Date signed    07/30/2023
MM / DD / YYYY

Contact phone  (404)900-5157  Email rarmstrong@armstrongnix.com

Debtor    Robert Storm

Case number (if known) _23-55028-LRC_

---

**✗** _[signature]_ , Managing Member

Signature of petitioner or representative, including representative's title

Oconee Players Club, LLC

Printed name of petitioner

Date signed    07/30/2023
          MM / DD / YYYY

**Mailing address of petitioner**

922 Hurricane Shoals Road NE

Number    Street

Lawrenceville          GA          30043

City              State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

John Douglas Wyatt

Name

1096 Lancaster Court

Number    Street

Watkinsville, GA  30677

City          State ZIP Code

---

**✗** /s/ Rosemary S. Armstrong _[signature]_

Signature of Attorney

Rosemary S. Armstrong

Printed name

Armstrong Nix, P.C.

Firm name, if any

1050 Crown Pointe Parkway, Suite 500

Number    Street

Atlanta          GA          30338

City          State          ZIP Code

Date signed    07/30/2023
          MM / DD / YYYY

Contact phone    (404)900-5157  Email  rarmstrong@armstrongnix.com

---

**✗** _[signature]_

Signature of petitioner or representative, including representative's title

Douglas Lee Wyatt

Printed name of petitioner

Date signed    07/30/2023
          MM / DD / YYYY

**Mailing address of petitioner**

1036 Dennis Station Road

Number    Street

Eatonton,          GA          31024

City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City          State          ZIP Code

---

**✗** /s/ Rosemary S. Armstrong _[signature]_

Signature of Attorney

Rosemary S. Armstrong

Printed name

Armstrong Nix, P.C.

Firm name, if any

1050 Crown Pointe Parkway, Suite 500

Number    Street

Atlanta          GA          30338

City          State          ZIP Code

Date signed    07/30/2023
          MM / DD / YYYY

Contact phone    (404)900-5157  Email  rarmstrong@armstrongnix.com

---

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                                      )   Chapter 7
                                            )
BINANAT CAPITAL, LLC,                       )
                                            )   Case No. 23-55019-LRC
                                            )
        Debtor.                             )

## AFFIDAVIT OF DOUGLAS LEE WYATT

Personally appeared before the undersigned officer, duly authorized to administer oaths, Douglas Lee Wyatt, who deposes and states as follows:

1.

I am Douglas Lee Wyatt.  I am over the age of 18 and am competent to testify to the facts contained herein.  The facts contained herein are based on my own personal knowledge.  This affidavit may be used for any purpose allowed by law.

2.

I am a Petitioning Creditor in the above-styled case.

3.

In March 2023, I engaged Armstrong Nix, P.C. and, specifically, Rosemary Armstrong ("Ms. Armstrong") to represent me to recover undisputed monies, in the amount of $100,000.00 owed me by BinaNat Capital, LLC ("BinaNat") and Robert Storm.

4.

I knew and understood from the beginning of Ms. Armstrong's representation of me that the filing of an involuntary petition for bankruptcy against both BinaNat and Mr. Storm was a

possible eventuality. I also knew and understood that either BinaNat or Mr. Storm could possibly file for bankruptcy.

5.

On May 31, 2023, Ms. Armstrong filed involuntary bankruptcy petitions against both BinaNat and Mr. Storm on my behalf as Petitioning Creditors. Ms. Armstrong had my absolute and full authority to file the involuntary bankruptcy petitions and to attach my signature thereto.

6.

John Douglas Wyatt, another Petitioning Creditor, is my son. Both Ms. Armstrong and my son communicate updates regarding the pursuit of my claim against BinaNat and Mr. Storm, including the bankruptcy filings. I informed Ms. Armstrong in our initial meeting in March that she had my full authorization to pursue my claim in any manner she deemed appropriate including, but not limited to, the filing of involuntary bankruptcies.

7.

After the status conference in this matter was held earlier this month I understood that claims were made by BinaNat that I did not authorize the involuntary bankruptcy filings. This representation is false.

8.

To the extent that a "wet signature" needs to be in the files of my attorney, I have provided the same to Ms. Armstrong.

9.

By my execution of this affidavit and the attached Involuntary Bankruptcy Petitions containing my "wet signature," I am ratifying all actions taken by Ms. Armstrong in this case and

the involuntary bankruptcy against Mr. Storm. This affidavit and the Petitions attached hereto

reaffirm that Ms. Armstrong acted with my full authority to do so.

      FURTHER AFFIANT SAYETH NOT,

Douglas Lee Wyatt

SWORN TO AND SUBSCRIBED
before me this __30th__ day of
July, 2023.

Notary Public

My Commission expires:

05·19·2024

JENNIFER M CANTRELL
Notary Public - State of Georgia
Clarke County
My Commission Expires May 19, 2024

**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Northern _____ District of Georgia _____
                              (State)

Case number (If known): 23-55019-LRC _____    Chapter ___7___

☑ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

BinaNat Capital, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

**Principal place of business**

5565 Glenridge Connector NE
Number    Street

Suite 850

Atlanta                    GA    30342
City                        State   ZIP Code

Fulton
County

**Mailing address, if different**

Number    Street

P.O. Box

City                        State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                        State   ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

| Debtor | BinaNat Capital, LLC | Case number (if known) | 23-55019-LRC |
|---|---|---|---|
| | Name | | |

| 6. | **Debtor's website** (URL) | https://www.binanat.com |
|---|---|---|

| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
|---|---|---|

| 8. | **Type of debtor's business** | *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the types of business listed.<br>☐ Unknown type of business. |
|---|---|---|

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No    As of the date of this Amendment<br>☑ Yes. Debtor ___Robert Storm___    Relationship __affiliate__<br> District __Northern District of Georgia__ Date filed __05/31/2023__ Case number, if known__23-55028-LRC__<br> MM / DD / YYYY<br><br> Debtor _____    Relationship _____<br> District _____ Date filed _____ Case number, if known_____<br> MM / DD / YYYY |
|---|---|---|

| **Part 3:** | **Report About the Case** |
|---|---|

| 10. **Venue** | *Check one:*<br><br>☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|

| 11. **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br><br>☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br><br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
|---|---|

| 12. **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|

| Debtor | BinaNat Capital, LLC | | Case number *(if known)* | 23-55019-LRC |
|---|---|---|---|---|
| | Name | | | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | John Douglas Wyatt | unsecured debt | $ 2,778,950.00 |
| | Douglas Lee Wyatt | unsecured debt | $ 100,000.00 |
| | Oconee Players Club, LLC | unsecured debt | $ 278,850.00 |
| | | Total of petitioners' claims | $ 3,157,800.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

---

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | Rosemary S. Armstrong |
| John Douglas Wyatt | Printed name |
| Name | Armstrong Nix, P.C. |
| 1096 Lancaster Court | Firm name, if any |
| Number  Street | 1050 Crown Pointe Parkway, Suite 500 |
| Watkinsville,  GA  30677 | Number  Street |
| City  State  ZIP Code | Atlanta  GA  30338 |
| | City  State  ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone (404)900-5157 Email rarmstrong@armstrongnix.com |
| Name | Bar number 663361 |
| Number  Street | State Georgia |
| City  State  ZIP Code | /s/ Rosemary S. Armstrong |
| I declare under penalty of perjury that the foregoing is true and correct. | Signature of attorney |
| Executed on 07/30/2023 | Date signed 07/30/2023 |
| MM / DD / YYYY | MM / DD / YYYY |
| Signature of petitioner or representative, including representative's title | |

Debtor  BinaNat Capital, LLC
_____
Name

Case number *(if known)*  23-55019-LRC
_____

**Name and mailing address of petitioner**

Oconee Players Club, LLC
_____
Name

922 Hurricane Shoals Road NE
_____
Number    Street

Lawrenceville                GA          30043
_____
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

John Douglas Wyatt
_____
Name

1096 Lancaster Court
_____
Number    Street

Watkinsville,                GA          30677
_____
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/30/2023
         MM / DD / YYYY

X _____ , Managing Member
Signature of petitioner or representative, including representative's title

Rosemary S. Armstrong
_____
Printed name

Armstrong Nix, P.C.
_____
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
_____
Number    Street

Atlanta                      GA          30338
_____
City                        State       ZIP Code

Contact phone (404)900-5157  Email rarmstrong@armstrongnix.com

Bar number   663361
_____

State        GA
_____

X /s/ Rosemary S. Armstrong
_____
Signature of attorney

Date signed  07/30/2023
         MM / DD / YYYY

**Name and mailing address of petitioner**

Douglas Lee Wyatt
_____
Name

1036 Dennis Station Road
_____
Number    Street

Eatonton                     GA          31024
_____
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/30/2023
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Rosemary S. Armstrong
_____
Printed name

Armstrong Nix, P.C.
_____
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
_____
Number    Street

Atlanta                      GA          30338
_____
City                        State       ZIP Code

Contact phone (404)900-5157 Email rarmstrong@armstrongnix.

Bar number   663361
_____

State        GA
_____

X /s/ Rosemary S. Armstrong
_____
Signature of attorney

Date signed  07/30/2023
         MM / DD / YYYY

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__

Case number (*if known*): __23-55028-LRC__   Chapter __7__

☑ Check if this is an
amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| 1. | Chapter of the Bankruptcy Code | *Check one:* |
|----|----|----|
| | | ☑ Chapter 7 |
| | | ☐ Chapter 11 |

## Part 2:   Identify the Debtor

| 2. | Debtor's full name | Robert |
|----|----|----|
| | | First name |
| | | |
| | | Middle name |
| | | Storm |
| | | Last name |
| | | |
| | | Suffix (Sr., Jr., II, III) |

| 3. | Other names you know the debtor has used in the last 8 years | |
|----|----|----|
| | Include any assumed, married, maiden, or trade names, or *doing business as* names. | |

| 4. | Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN) | ☑ Unknown |
|----|----|----|
| | | xxx – xx – ____ ____ ____ ____   OR   **9** xx – xx – ____ ____ ____ ____ |

| 5. | Any Employer Identification Numbers (EINs) used in the last 8 years | ☑ Unknown |
|----|----|----|
| | | ___ ___ – ___ ___ ___ ___ ___ ___ |
| | | EIN |
| | | ___ ___ – ___ ___ ___ ___ ___ ___ |
| | | EIN |

Debtor   **Robert Storm**

Case number *(if known)*   23-55028-LRC

| 6. **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|

**94 Rosehill Court**
Number     Street

**St. Augustine**          **FL**     **32092**
City                              State     ZIP Code

**St. Johns**
County

**Principal place of business**

Number     Street

City              State     ZIP Code

County

Mailing address columns:
Number     Street

City                    State     ZIP Code

---

7. **Type of business**

☐  Debtor does not operate a business

*Check one if the debtor operates a business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

---

8. **Type of debt**

**Each petitioner believes:**

☐  **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑  **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐  No

☑  Yes. Debtor  **BinaNat Capital, LLC**          Relationship  **affiliate**

District  **Northern District of Georgia**   Date filed  **05/31/2023**   Case number, if known **23-55019-LRC**
MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD / YYYY

---

Official Form 105          Involuntary Petition Against an Individual          page 2

Debtor    **Robert Storm**    Case number *(if known)*  23-55028-LRC

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| John Douglas Wyatt | unsecured creditor | $2,778,950.00 |
| Oconee Players Club, LLC | unsecured creditor | $ 278,850.00 |
| Douglas Lee Wyatt | | $ 100,000.00 |
| | Total | $3,157,800.00 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor    Robert Storm                                    Case number *(if known)*  23-53028-LRC

| Part 4: | Request for Relief |
|---------|--------------------|

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _John Douglas Wyatt_
Signature of petitioner or representative, including representative's title

John Douglas Wyatt
Printed name of petitioner

Date signed    07/30/2023
MM / DD / YYYY

**Mailing address of petitioner**

1096 Lancaster Court
Number    Street

Watkinsville,        GA            30677
City                State        ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email    _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

**Attorneys**

✗ /s/ Rosemary S. Armstrong
Signature of attorney

Rosemary S. Armstrong
Printed name

Armstrong Nix, P.C.
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
Number    Street

Atlanta            GA            30338
City            State        ZIP Code

Date signed    07/30/2023
MM / DD / YYYY

Contact phone    (404)900-5157  Email rarmstrong@armstrongnix.com

Debtor    Robert Storm

Case number (if known)    23-55028-LRC

---

**X** _____, **Managing Member**
Signature of petitioner or representative, including representative's title

Oconee Players Club, LLC
Printed name of petitioner

Date signed    07/30/2023
MM / DD / YYYY

**Mailing address of petitioner**

922 Hurricane Shoals Road NE
Number    Street

Lawrenceville          GA          30043
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

John Douglas Wyatt
Name

1096 Lancaster Court
Number    Street

Watkinsville, GA  30677
City          State ZIP Code

---

**X** /s/ Rosemary S. Armstrong
Signature of Attorney

Rosemary S. Armstrong
Printed name

Armstrong Nix, P.C.
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
Number    Street

Atlanta          GA          30338
City              State        ZIP Code

Date signed    07/30/2023
MM / DD / YYYY

Contact phone    (404)900-5157    Email    rarmstrong@armstrongnix.com

---

**X** _____
Signature of petitioner or representative, including representative's title

Douglas Lee Wyatt
Printed name of petitioner

Date signed    07/30/2023
MM / DD / YYYY

**Mailing address of petitioner**

1036 Dennis Station Road
Number    Street

Eatonton,          GA          31024
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State        ZIP Code

---

**X** /s/ Rosemary S. Armstrong
Signature of Attorney

Rosemary S. Armstrong
Printed name

Armstrong Nix, P.C.
Firm name, if any

1050 Crown Pointe Parkway, Suite 500
Number    Street

Atlanta          GA          30338
City              State        ZIP Code

Date signed    07/30/2023
MM / DD / YYYY

Contact phone    (404)900-5157    Email    rarmstrong@armstrongnix.com

---