**IT IS ORDERED as set forth below:**



**Date: September 22, 2023**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| BINANAT CAPITAL, LLC, | : | 23-55019-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### ORDER FOR RELIEF IN INVOLUNTARY CASE

A Chapter 7 involuntary petition was filed against BinaNat Capital, LLC ("Debtor") on May 31, 2023. Debtor filed an amended answer to the petition on July 31, 2023. Debtor does not contest the petition. Accordingly, an Order for Relief under Chapter 7 of the Bankruptcy Code is hereby GRANTED, pursuant to Rule 1013 of the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER ORDERED that Debtor BinaNat Capital, LLC, shall comply with

Fed. R. Bankr. P. 1007, by filing the requisite documents, including completed schedules and statements, within seven (7) days from the entry of this Order.

## END OF DOCUMENT

**Distribution List**

**ALL PARTIES ON THE COURT'S MAILING MATRIX**