**IT IS ORDERED as set forth below:**

**Date: September 22, 2023**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| BINANAT CAPITAL, LLC, | : | 23-55019-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER AND NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on the Debtor's *Motion to Transfer Venue* (Doc. No. 8) will be held **in person** on **October 18, 2023,** at **10:00 a.m**., in **Courtroom 1204**, **United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**.

IT IS ORDERED that, on **October 11, 2023**, **between 8:00 a.m. and 2:00 p.m.** (1) each party who will have exhibits shall prepare and **deliver** to Chambers 1290, 75 Ted

Turner Drive, SW, Atlanta, Georgia 30303, an original and two copies of an **exhibit list** and **exhibits** (indexed, marked, and tabbed in a binder) and provide a copy set of the exhibit list and exhibits to the opposing party(ies); and (2) each party who will call witnesses shall prepare and **deliver** to Chambers 1290, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, a **witness list** and shall exchange the witness list with all parties. The witness list should reflect a separate listing for each of the witnesses, to include their addresses, whom that party will or may have present at the evidentiary hearing, including impeachment and rebuttal witnesses whose use can or should have been reasonably anticipated. A representation that a witness will be called may be relied upon by other parties, and witnesses not included on the witness list will not be permitted to testify;

IT IS FURTHER ORDERED that any Stipulation of Facts shall be filed by **October 10, 2023;**

IT IS FURTHER ORDERED that any prehearing briefs shall be filed by **October 10, 2023**;

IT IS FURTHER ORDERED that the Parties shall promptly notify the Courtroom Deputy Clerk if the dispute is settled prior to the hearing.

**[END OF DOCUMENT]**

**Distribution List**

**ALL PARTIES ON THE COURT'S MAILING MATRIX**