**Fill in this information to identify the case:**

Debtor name   **BinaNat Capital, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **23-55019-lrc**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2023**          *X* **/s/ Robert Storm**
                                                Signature of individual signing on behalf of debtor

                                                **Robert Storm**
                                                Printed name

                                                **Manager**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **BinaNat Capital, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **23-55019-lrc**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $      **286,111.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $      **286,111.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $      **1,577,384.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      **11,034,386.42**

4.   Total liabilities ..................................................................................................................
    Lines 2 + 3a + 3b
    $      **12,611,770.42**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BinaNat Capital, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **23-55019-lrc** |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.**  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon** | **Checking** | 9234 | $111.00 |

**4.**  **Other cash equivalents** *(Identify all)*

**5.**  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $111.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

| Debtor | **BinaNat Capital, LLC** | Case number *(If known)* **23-55019-lrc** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Subject Property: 6016 Bordeau Walk, Smyrna, GA 30092** | **40,000.00** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | **$40,000.00** |
|---|---|---|---|---|

Debtor    **BinaNat Capital, LLC**
_____    Case number *(If known)* **23-55019-lrc**
Name

| **Subject Property: 816 Broad Street, Jacksonville, FL 32226** | **246,000.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$246,000.00** |
|---|---|---|---|---|---|

---

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    **$286,000.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **BinaNat Capital, LLC**                                    Case number *(If known)*  **23-55019-lrc**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $111.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $286,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $286,111.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $286,111.00 |

**Fill in this information to identify the case:**

Debtor name **BinaNat Capital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **23-55019-lrc**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
| --- | --- | --- | --- |

**2.1** **Glen Meadow Holdings, LLC**
Creditor's Name

**4072 Glen Meadow Drive
Norcross, GA 30092**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1701**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $350,384.00          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Jay Sanders**
Creditor's Name

**1311 Rowan Oak Estates Way
Waykinsville, GA 30677**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5973**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**          $275,000.00          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **BinaNat Capital, LLC** | Case number (if known) | **23-55019-lrc** |
|---|---|---|---|

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Mashala Investments LLC** | Describe debtor's property that is subject to a lien | **$577,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**4571 Blackland Drive
Marietta, GA 30067**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
9921**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Richard Svensson** | Describe debtor's property that is subject to a lien | **$375,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**18 Ryan Road
Gloucester, MA 01930**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4612**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,577,384.00** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **BinaNat Capital, LLC** | Case number (if known) | **23-55019-lrc** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Glen Meadow Holdings, LLC**<br>**c/o Kenneth A. Shapiro**<br>**3490 Piedmont Rd.,NE STE 650**<br>**Atlanta, GA 30305** | Line __2.1__ | |
| **Jay Sanders**<br>**c/o Jon A. Gottlieb**<br>**800 Johnson Ferry Road, N.E.**<br>**Atlanta, GA 30342** | Line __2.2__ | |
| **Mashala Investments LLC**<br>**c/o Jon A. Gottlieb**<br>**800 Johnson Ferry Road, N.E.**<br>**Atlanta, GA 30342** | Line __2.3__ | |
| **Richard Svensson**<br>**c/o John F. Hayter, Esq.**<br>**1418 NW 6th Street**<br>**Gainesville, FL 32601** | Line __2.4__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **BinaNat Capital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-55019-lrc**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,470.88** |
|---|---|---|---|
| | **American Express Platinum**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1005** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72,650.00** |
|---|---|---|---|
| | **AMJ Solutions LLC**<br>**4601 Steep Ridge Ct**<br>**Louisville, KY 40299** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5232** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Andalusion Investments, LLC**<br>**1610 Lavista Rd NE**<br>**Suite 11**<br>**Atlanta, GA 30329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2743** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105,000.00** |
|---|---|---|---|
| | **Barbara Tommasino**<br>**640 N Apache Drive**<br>**Dewey, AZ 86327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9429** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BinaNat Capital, LLC** | | Case number *(if known)* | **23-55019-lrc** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Brendon Dean Todd**
**3550 Lenox Rd NE**
**Suite 2700**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7461**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313,900.00**

**Brett Bahnsen Revocable**
**Living Trust**
**1061 Ramser Drive**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6750**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,156,650.00**

**Carberry Family Limited**
**Partnership - Kenneth Carberry**
**1672 Canton Ave**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0080**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,538.14**

**Chase Ink Visa**
**P.O. Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0529**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00**

**Craig Barrett**
**4695 Egypt Rd**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6595**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,000.00**

**David Cooper**
**1083 Judith Way**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1043**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Debra Siples**
**P.O. Box 411**
**Fairplay, CO 80440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9923**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BinaNat Capital, LLC** | | Case number *(if known)* | **23-55019-lrc** |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Douglas Lee Wyatt**
**1036 Dennis Station Rd**
**Eatonton, GA 31024**

Date(s) debt was incurred _

Last 4 digits of account number __7801__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,750.90**

**FNBO Mastercard**
**P.O. Box 2818**
**Omaha, NE 68103**

Date(s) debt was incurred _

Last 4 digits of account number __6555__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Golasso Properties, LLC**
**19095 East Oak Creek Place**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number __2253__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155,000.00**

**Helene Bisceglia**
**24 Newton St**
**W Boylston, MA 01583**

Date(s) debt was incurred _

Last 4 digits of account number __7015__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,000.00**

**Jackie Howe**
**365 Ashton Drive**
**Athens, GA 01621**

Date(s) debt was incurred _

Last 4 digits of account number __7898__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,000.00**

**Jacob Reaves**
**19095 East Oak Creek Place**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number __0112__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**Jeb Reaves**
**19095 East Oak Creek Place**
**Parker, CO 80134**

Date(s) debt was incurred _

Last 4 digits of account number __1664__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | BinaNat Capital, LLC | Case number (if known) | 23-55019-lrc |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288,000.00**

Joel Goldsmith
55 Kendrick Harvest Way
Chatham, MA 02633

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,778,950.00**

John Douglas Wyatt
1096 Lancaster Cr
Watkinsville, GA 30677

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1862**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

Jonathan Brett Bahnsen
1061 Ramser Drive
Watkinsville, GA 30677

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6750**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kenneth Carberry
c/o Jon A. Gottlieb
800 Johnson Ferry Road NE
Atlanta, GA 30342

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233,500.00**

Kurt Carberry
95 Kensington Drive
Canton, MA 02021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3233**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$364,000.00**

Lafer Family Investments LLC
87 Sargent Drive
Amherst, NY 14226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8526**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,700.00**

Living Trust Matt Wayne
Puskarich FBO Elsie Rose Field
11801 Braddock Road
Jacksonville, FL 32219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8555**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BinaNat Capital, LLC** | Case number (if known) | **23-55019-lrc** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Living Trust Matt Wayne
Puskarich FBO Sadie June
11801 Braddock Road
Jacksonville, FL 32219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8555**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,500.00**

**Living Trust Matt Wayne
Puskarich FBO Andrew Dominicza
11801 Braddock Road
Jacksonville, FL 32219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8555**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$433,000.00**

**Michael E. Tokarz
705-R Hill St
Raynham, MA 02767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9948**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00**

**MWP Financial LLC
11801 Braddock Road
Jacksonville, FL 32219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8555**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,077,550.00**

**MWP Real Estate Investments
11801 Braddock Road
Jacksonville, FL 32219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8555**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$410,000.00**

**Nicholas P Bodin
147 Barnard Rd
Worcester, MA 01605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8486**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278,850.00**

**Oconee Players Club LLC
1096 Lancaster Cr
Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0453**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BinaNat Capital, LLC** | Case number (if known) | **23-55019-lrc** |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767,379.92**

Peter Schauben
1006 Andreas Palms Drive
Palm Springs, CA 92264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,835.00**

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8191**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,700.00**

Robert A Holton, Jr.
1221 Cathy Tripp Lane
Jacksonville, FL 32220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5455**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

Sharon Smith
P.O. Box 35
Bethany, WV 26032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8504**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

Sheila Renee Reaves
19095 East Oak Creek Place
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4100**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

Shengjie Li
6 Lancelot
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7589**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,000.00**

The Koehler Family Trust
24804 S Lakestar Drive
Sun Lakes, AZ 85248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2812**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BinaNat Capital, LLC** | Case number (if known) | **23-55019-lrc** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,000.00** |
|---|---|---|---|

**The Reed Family Trust Agreem.**
P.O. Box 770001
Cincinnati, OH 45277

Date(s) debt was incurred _

Last 4 digits of account number  **2376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Tracy Ruth Howe**
161 Tawnyberry Dr
Athens, GA 30606

Date(s) debt was incurred _

Last 4 digits of account number  **6473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Trust FBO Lillian Kane Maslia**
3115 Piedmont Road
Suite F-201
Atlanta, GA 30305

Date(s) debt was incurred _

Last 4 digits of account number  **6716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.00** |
|---|---|---|---|

**Trust FBO Victor David Maslia**
3115 Piedmont Road
Suite F-201
Atlanta, GA 30305

Date(s) debt was incurred _

Last 4 digits of account number  **1676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,981.56** |
|---|---|---|---|

**US Bank Visa**
P.O. Box 790408
Saint Louis, MO 63179

Date(s) debt was incurred _

Last 4 digits of account number  **6153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00** |
|---|---|---|---|

**Vicki Puskarich**
195 Cork Rd
Follansbee, WV 26037

Date(s) debt was incurred _

Last 4 digits of account number  **6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301,000.00** |
|---|---|---|---|

**Wayne Puskarich**
11801 Braddock Road
Jacksonville, FL 32219

Date(s) debt was incurred _

Last 4 digits of account number  **8555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BinaNat Capital, LLC** | Case number *(if known)* | **23-55019-lrc** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Waynes Tree Service**
**11801 Braddock Road**
**Jacksonville, FL 32219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** **4775**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,480.02** |
|---|---|---|---|

**Wells Fargo Visa**
**P.O. Box 77033**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** **7463**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John Douglas Wyatt**<br>**c/o Rosemary S. Armstrong, Esq**<br>**1050 Crown Point Pkwy. STE 500**<br>**Atlanta, GA 30338** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,034,386.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,034,386.42 |

**Fill in this information to identify the case:**

Debtor name ___ **BinaNat Capital, LLC**

United States Bankruptcy Court for the: ___ NORTHERN DISTRICT OF GEORGIA

Case number (if known) ___ **23-55019-lrc** ___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **BinaNat Capital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-55019-lrc**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Robert Storm** | **94 Rosehill Court**<br>**Saint Augustine, FL 32092** | **American Express Platinum** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Robert Storm** | **94 Rosehill Court**<br>**Saint Augustine, FL 32092** | **FNBO Mastercard** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.3 | **Robert Storm** | **94 Rosehill Court**<br>**Saint Augustine, FL 32092** | **US Bank Visa** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.4 | **Robert Storm** | **94 Rosehill Court**<br>**Saint Augustine, FL 32092** | **Chase Ink Visa** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.5 | **Robert Storm** | **94 Rosehill Court**<br>**Saint Augustine, FL 32092** | **PNC Bank** | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |

| Debtor | **BinaNat Capital, LLC** | Case number *(if known)* | **23-55019-lrc** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Michael E. Tokarz | ☐ D _____  ■ E/F   **3.28**  ☐ G _____ |
| 2.7 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Peter Schauben | ☐ D _____  ■ E/F   **3.33**  ☐ G _____ |
| 2.8 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | AMJ Solutions LLC | ☐ D _____  ■ E/F   **3.2**  ☐ G _____ |
| 2.9 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Andalusion  Investments, LLC | ☐ D _____  ■ E/F   **3.3**  ☐ G _____ |
| 2.10 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Barbara Tommasino | ☐ D _____  ■ E/F   **3.4**  ☐ G _____ |
| 2.11 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Brendon Dean Todd | ☐ D _____  ■ E/F   **3.5**  ☐ G _____ |
| 2.12 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Brett Bahnsen  Revocable | ☐ D _____  ■ E/F   **3.6**  ☐ G _____ |
| 2.13 | Robert Storm    94 Rosehill Court  Saint Augustine, FL 32092 | Carberry Family  Limited | ☐ D _____  ■ E/F   **3.7**  ☐ G _____ |

Debtor    **BinaNat Capital, LLC**                                    Case number *(if known)*   **23-55019-lrc**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Craig Barrett** | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |
| 2.15 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **David Cooper** | ☐ D _____<br>■ E/F  **3.10**<br>☐ G _____ |
| 2.16 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Debra Siples** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |
| 2.17 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Douglas Lee Wyatt** | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |
| 2.18 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Glen Meadow Holdings, LLC** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Golasso Properties, LLC** | ☐ D _____<br>■ E/F  **3.14**<br>☐ G _____ |
| 2.20 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Helene Bisceglia** | ☐ D _____<br>■ E/F  **3.15**<br>☐ G _____ |
| 2.21 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Jackie Howe** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |

Debtor    **BinaNat Capital, LLC**                                    Case number *(if known)*    **23-55019-lrc**

---

█████   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Jacob Reaves** | ☐ D _____  ■ E/F ___**3.17**___  ☐ G _____ |
| 2.23 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Jay Sanders** | ■ D ___**2.2**___  ☐ E/F _____  ☐ G _____ |
| 2.24 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Jeb Reaves** | ☐ D _____  ■ E/F ___**3.18**___  ☐ G _____ |
| 2.25 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Joel Goldsmith** | ☐ D _____  ■ E/F ___**3.19**___  ☐ G _____ |
| 2.26 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **John Douglas Wyatt** | ☐ D _____  ■ E/F ___**3.20**___  ☐ G _____ |
| 2.27 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Jonathan Brett Bahnsen** | ☐ D _____  ■ E/F ___**3.21**___  ☐ G _____ |
| 2.28 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Kurt Carberry** | ☐ D _____  ■ E/F ___**3.23**___  ☐ G _____ |
| 2.29 | **Robert Storm**  94 Rosehill Court  Saint Augustine, FL 32092 | **Lafer Family Investments LLC** | ☐ D _____  ■ E/F ___**3.24**___  ☐ G _____ |

Debtor    **BinaNat Capital, LLC**                                    Case number *(if known)*    **23-55019-lrc**

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Living Trust Matt Wayne** | ☐ D ____ ☐ E/F __3.25__ ☐ G ____ |
| 2.31 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Living Trust Matt Wayne** | ☐ D ____ ▮ E/F __3.27__ ☐ G ____ |
| 2.32 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Living Trust Matt Wayne** | ☐ D ____ ▮ E/F __3.26__ ☐ G ____ |
| 2.33 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Mashala Investments LLC** | ▮ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.34 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **MWP Financial LLC** | ☐ D ____ ▮ E/F __3.29__ ☐ G ____ |
| 2.35 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **MWP Real Estate Investments** | ☐ D ____ ▮ E/F __3.30__ ☐ G ____ |
| 2.36 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Nicholas P Bodin** | ☐ D ____ ▮ E/F __3.31__ ☐ G ____ |
| 2.37 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Oconee Players Club LLC** | ☐ D ____ ▮ E/F __3.32__ ☐ G ____ |

Debtor    **BinaNat Capital, LLC**                                Case number *(if known)*   **23-55019-lrc**

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                            *Column 2:* **Creditor**

| 2.38 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Richard Svensson** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.39 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Robert A Holton, Jr.** | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |
| 2.40 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Sharon Smith** | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |
| 2.41 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Sheila Renee Reaves** | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |
| 2.42 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Shengjie Li** | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.43 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **The Koehler Family Trust** | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.44 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **The Reed Family Trust Agreem.** | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
| 2.45 | **Robert Storm** | 94 Rosehill Court<br>Saint Augustine, FL 32092 | **Tracy Ruth Howe** | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |

---

Official Form 206H                          Schedule H: Your Codebtors

Debtor   **BinaNat Capital, LLC**                                Case number *(if known)*   **23-55019-lrc**

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.46 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Trust FBO Lillian Kane Maslia** | ☐ D _____ ▮ E/F   **3.42** ☐ G _____ |
| 2.47 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Trust FBO Victor David Maslia** | ☐ D _____ ▮ E/F   **3.43** ☐ G _____ |
| 2.48 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Vicki Puskarich** | ☐ D _____ ▮ E/F   **3.45** ☐ G _____ |
| 2.49 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Wayne Puskarich** | ☐ D _____ ▮ E/F   **3.46** ☐ G _____ |
| 2.50 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Waynes Tree Service** | ☐ D _____ ▮ E/F   **3.47** ☐ G _____ |
| 2.51 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Wells Fargo Visa** | ☐ D _____ ▮ E/F   **3.48** ☐ G _____ |
| 2.52 | **Robert Storm** 94 Rosehill Court Saint Augustine, FL 32092 | **Kenneth Carberry** | ☐ D _____ ▮ E/F   **3.22** ☐ G _____ |

### Attorney's Notes to Schedules and Statement of Financial Affairs

The Schedules of assets and liabilities ("Schedules") and Statement of Financial Affairs ("SOFA") of Binanat Capital, LLC ("Debtor") are filed subject to the following explanatory notes and qualifications:

1. **Disputed claims.** Various creditors have asserted claims of wrongdoing by Debtor. Debtor reserves all rights to dispute such claims of wrongdoing, even if a claim is not marked as "disputed" on the Schedules. Claims might not be marked as "disputed" for various reasons, including in recognition that a claim arising from a creditor's payment for unfulfilled goods or services might exist, or that a claim from an investment may exist, or that another basis for a claim of a debt might exist, apart from any claim of wrongdoing. The Schedules do not contain a place to indicate that one type of claim is "disputed" and another type of claim by the same creditor is "undisputed."  Not marking such claims as "disputed" is not an admission of any wrongdoing. Debtor further reserves the right to designate any such claims as "disputed" by amendment.

2. **No waiver of motion to transfer.** Prior to filing the accompanying Schedules and SOFA, Debtor filed a motion to transfer venue of this bankruptcy case to Florida (the "Motion to Transfer") where Debtor is based. Submission of the Schedules and SOFA is not a waiver of the relief requested in the Motion to Transfer.

3. **No waiver of right to convert.** Debtor reserves the right to move to convert this involuntary Chapter 7 case to a case under Chapter 11 or any other chapter of the Bankruptcy Code.

4. **Effective date of information in Schedules and SOFA.** Debtor has filled out the Schedules and SOFA as of the date of filing of the involuntary Petition / filing of this case, rather than the date of entry of the order for relief, as numerous instances in the bankruptcy forms call for information tied to the Petition date – *e.g.*, SOFA Item 3 ("within 90 days before filing this case"), SOFA Item 4 ("within one year before filing this case"), SOFA Item 5 ("within one year before filing this case"), etc.

**Fill in this information to identify the case:**

Debtor name **BinaNat Capital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **23-55019-lrc**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **BinaNat Capital, LLC**                                                      Case number *(if known)* **23-55019-lrc**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Waynes Tree Service** **11801 Braddock Road** **Jacksonville, FL 32219** | 04/05/2023 | $11,673.47 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Glen Meadow Holdings, LLC v. BinaNat Capital LLC and Robert Storm** **23EV000964** | | **Fulton County, GA State Court** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **Mashala Investments, LLC vs. BinaNat Capital, LLC and Robert Storm** **2023043541** | | **Seventh Judicial Circuit in St. Johns County, Florida** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | **BinaNat Capital, LLC** | | Case number *(if known)* | **23-55019-lrc** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Jay Sanders vs. BinaNat Capital, LLC, et al.**<br>**2023CV378117** | | **Fulton County, GA Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Richard Svensson vs. BinaNat Capital, LLC and Robert Storm**<br>**2022-CA-006793** | | **Circuit Court, Fourth Judicial Circuit in and for Duval County Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **John Douglas Wyatt, et al. vs. BinaNat Capital, LLC, et al.**<br>**2023CV377407** | | **Fulton County, GA Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Mashala Investments, LLC vs. BinaNat Capital, LLC and Robert Storm**<br>**2022CV363021** | | **Fulton County, GA Superior County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Kenneth Carberry vs. Sapient Blackboard LLC, et al.**<br>**2022CV371685** | | **Fulton County, GA Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Mashala Investments, LLC vs. BinaNat Capital, LLC and Robert Storm**<br>**2023 31119 CICI** | | **In the County of the Fifth Judicial Circuit for Volusia, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor    **BinaNat Capital, LLC**                                          Case number *(if known)*  **23-55019-lrc**

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Robl Law Group LLC** **3754 LaVista Road** **Suite 250** **Tucker, GA 30084** | **Attorney Fees** | **6/6/2023** | **$5,000.00** |
| **Email or website address** **michael@roblgroup.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **BinaNat Capital, LLC**                                    Case number *(if known)*   **23-55019-lrc**

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **BinaNat Capital, LLC** | Case number *(if known)* **23-55019-lrc** |
|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Robert Storm**<br>**94 Rosehill Court**<br>**Saint Augustine, FL 32092** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor   **BinaNat Capital, LLC**                                    Case number *(if known)*   **23-55019-lrc**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Storm | 94 Rosehill Court<br>Saint Augustine, FL 32092 | Manager | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **BinaNat Capital, LLC**                                     Case number *(if known)*   **23-55019-lrc**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2023**

**/s/ Robert Storm**                                **Robert Storm**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re    **BinaNat Capital, LLC** _____    Case No.    **23-55019-lrc**
                                        Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____**5,000.00**

    Prior to the filing of this statement I have received _____    $ _____**5,000.00**

    Balance Due _____    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Analysis of Debtor's situation; Advising Debtor on requirements of Bankruptcy Code and Federal Rules of
        Bankruptcy Procedure; Assisting in preparation of Schedules and Statement of Financial Affairs; Seeking
        extensions as needed; Preparations for and attending 341 meeting; Assisting in responses document requests;
        Communications with creditors and trustee; and, Other ordinary Chapter 7 legal services.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **adversary proceedings; contested matters; Rule 2004 examinations and depositions; appeals.  Any services not
    within original retainer shall be invoiced hourly at $440/hr for principals of the firm, $275/hr for associates, and
    $175/hr for paralegals.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 29, 2023** _____    **/s/ Michael D Robl**
*Date*                                        **Michael D Robl 610905**
                                              *Signature of Attorney*
                                              **Robl Law Group LLC**
                                              **3754 LaVista Road**
                                              **Suite 250**
                                              **Tucker, GA 30084**
                                              **404-373-5153  Fax: 404-537-1761**
                                              **michael@roblgroup.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia

In re   **BinaNat Capital, LLC**                                                Case No.   **23-55019-lrc**
_____   Chapter   **7**
Debtor(s)                                          _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **September 29, 2023**              **/s/ Robert Storm**
_____              _____
                                     **Robert Storm**/**Manager**
                                     Signer/Title

American Express Platinum
P.O. Box 6031
Carol Stream, IL 60197


AMJ Solutions LLC
4601 Steep Ridge Ct
Louisville, KY 40299


Andalusion Investments, LLC
1610 Lavista Rd NE
Suite 11
Atlanta, GA 30329


Barbara Tommasino
640 N Apache Drive
Dewey, AZ 86327


Brendon Dean Todd
3550 Lenox Rd NE
Suite 2700
Atlanta, GA 30326


Brett Bahnsen Revocable
Living Trust
1061 Ramser Drive
Watkinsville, GA 30677


Carberry Family Limited
Partnership - Kenneth Carberry
1672 Canton Ave
Milton, MA 02186


Chase Ink Visa
P.O. Box 1423
Charlotte, NC 28201


Craig Barrett
4695 Egypt Rd
Canandaigua, NY 14424

David Cooper
1083 Judith Way
Atlanta, GA 30324


Debra Siples
P.O. Box 411
Fairplay, CO 80440


Douglas Lee Wyatt
1036 Dennis Station Rd
Eatonton, GA 31024


FNBO Mastercard
P.O. Box 2818
Omaha, NE 68103


Glen Meadow Holdings, LLC
4072 Glen Meadow Drive
Norcross, GA 30092


Glen Meadow Holdings, LLC
c/o Kenneth A. Shapiro
3490 Piedmont Rd.,NE STE 650
Atlanta, GA 30305


Golasso Properties, LLC
19095 East Oak Creek Place
Parker, CO 80134


Helene Bisceglia
24 Newton St
W Boylston, MA 01583


Jackie Howe
365 Ashton Drive
Athens, GA 01621

Jacob Reaves
19095 East Oak Creek Place
Parker, CO 80134


Jay Sanders
1311 Rowan Oak Estates Way
Waykinsville, GA 30677


Jay Sanders
c/o Jon A. Gottlieb
800 Johnson Ferry Road, N.E.
Atlanta, GA 30342


Jeb Reaves
19095 East Oak Creek Place
Parker, CO 80134


Joel Goldsmith
55 Kendrick Harvest Way
Chatham, MA 02633


John Douglas Wyatt
1096 Lancaster Cr
Watkinsville, GA 30677


John Douglas Wyatt
c/o Rosemary S. Armstrong, Esq
1050 Crown Point Pkwy. STE 500
Atlanta, GA 30338


Jonathan Brett Bahnsen
1061 Ramser Drive
Watkinsville, GA 30677


Kenneth Carberry
c/o Jon A. Gottlieb
800 Johnson Ferry Road NE
Atlanta, GA 30342

Kurt Carberry
95 Kensington Drive
Canton, MA 02021


Lafer Family Investments LLC
87 Sargent Drive
Amherst, NY 14226


Living Trust Matt Wayne
Puskarich FBO Elsie Rose Field
11801 Braddock Road
Jacksonville, FL 32219


Living Trust Matt Wayne
Puskarich FBO Sadie June
11801 Braddock Road
Jacksonville, FL 32219


Living Trust Matt Wayne
Puskarich FBO Andrew Dominicza
11801 Braddock Road
Jacksonville, FL 32219


Mashala Investments LLC
4571 Blackland Drive
Marietta, GA 30067


Mashala Investments LLC
c/o Jon A. Gottlieb
800 Johnson Ferry Road, N.E.
Atlanta, GA 30342


Michael E. Tokarz
705-R Hill St
Raynham, MA 02767


MWP Financial LLC
11801 Braddock Road
Jacksonville, FL 32219

MWP Real Estate Investments
11801 Braddock Road
Jacksonville, FL 32219


Nicholas P Bodin
147 Barnard Rd
Worcester, MA 01605


Oconee Players Club LLC
1096 Lancaster Cr
Watkinsville, GA 30677


Peter Schauben
1006 Andreas Palms Drive
Palm Springs, CA 92264


PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230


Richard Svensson
18 Ryan Road
Gloucester, MA 01930


Richard Svensson
c/o John F. Hayter, Esq.
1418 NW 6th Street
Gainesville, FL 32601


Robert A Holton, Jr.
1221 Cathy Tripp Lane
Jacksonville, FL 32220


Robert Storm
94 Rosehill Court
Saint Augustine, FL 32092

Sharon Smith
P.O. Box 35
Bethany, WV 26032


Sheila Renee Reaves
19095 East Oak Creek Place
Parker, CO 80134


Shengjie Li
6 Lancelot
Salem, NH 03079


The Koehler Family Trust
24804 S Lakestar Drive
Sun Lakes, AZ 85248


The Reed Family Trust Agreem.
P.O. Box 770001
Cincinnati, OH 45277


Tracy Ruth Howe
161 Tawnyberry Dr
Athens, GA 30606


Trust FBO Lillian Kane Maslia
3115 Piedmont Road
Suite F-201
Atlanta, GA 30305


Trust FBO Victor David Maslia
3115 Piedmont Road
Suite F-201
Atlanta, GA 30305


US Bank Visa
P.O. Box 790408
Saint Louis, MO 63179

```
Vicki Puskarich
195 Cork Rd
Follansbee, WV 26037


Wayne Puskarich
11801 Braddock Road
Jacksonville, FL 32219


Waynes Tree Service
11801 Braddock Road
Jacksonville, FL 32219


Wells Fargo Visa
P.O. Box 77033
Minneapolis, MN 55480
```

# United States Bankruptcy Court
### Northern District of Georgia

In re    **BinaNat Capital, LLC**

Debtor(s)

Case No.    **23-55019-lrc**

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**BinaNat Capital, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 29, 2023**

Date

**/s/ Michael D Robl**

**Michael D Robl 610905**

Signature of Attorney or Litigant

Counsel for    **BinaNat Capital, LLC**

**Robl Law Group LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153 Fax:404-537-1761**
**michael@roblgroup.com**