**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-55019-LRC |
| BINANAT CAPITAL, LLC, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

**TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL**

**COMES NOW,** Kathleen Steil as Chapter 7 Trustee ("Trustee") and shows this Honorable Court the following:

1.

The Trustee desires to employ the firm of Ogier, Rothschild & Rosenfeld, P.C ("ORR") as her attorney in the above-referenced matter.

2.

The Involuntary Petition for Chapter 7 Bankruptcy relief was filed by several creditors on or about May 31, 2023. The 341 meeting is scheduled for November 14, 2023. Notice of Appointment of Kathleen Steil as the Interim Chapter 7 Trustee was entered on September 29, 2023.

3.

The Trustee maintains said attorneys are admitted to practice in this Court, have knowledge and experience in bankruptcy practice and are well qualified to represent the Applicant.

4.

Professional services to be rendered for which it is necessary to retain an attorney are as follows:
    a.    Specifically in this case, to represent the trustee in any litigation and/or negotiations regarding: the Debtor's interest in real property (*including but not*

1

*limited to 6016 Bordeau Walk, Myrna GA 30092 and 816 Broad St, Jacksonville FL 32226*);

b. Claims to determine the extent and validity of liens;

c. Recovery of any accounts receivables and/or transferred property of the Estate;

d. Examinations related to review of petitions and schedules;

e. Investigation, analysis and action, if any, relative to any preference, improper disposal of assets, reclamation requests and petitions, and pending litigation involving the bankrupt.

f. Represent the Trustee in any litigation pertaining to proposed distributions of any excess real estate proceeds.

g. Investigation into possible assets of the bankrupt and services incidental to the sale of any assets.

h. Preparation of complaint, pleadings, applications, motions and appearances on behalf of the Trustee at any hearing in connection therewith;

i. Taking any and all other necessary actions incidental to the preservation and administration of this Estate.

5.

The appointment of the firm of Ogier, Rothschild & Rosenfeld, P.C. will be in the best interest of the Estate as counsel for the Trustee.

6.

Neither Ogier, Rothschild & Rosenfeld, P.C., nor any member of counsel's firm has had any business, professional or other connections with the aforementioned Debtor,

creditors, parties in interest, their respective attorneys and accountants, the United States Trustee or persons employed by the United States Trustee which would be adverse to this Estate. As set forth in the attached Verified Statement Kathleen Steil, Kathleen Steil also serves as the Chapter 7 Trustee in this case.

7.

In order to expedite the marshalling of the Estate's assets, Ogier, Rothschild & Rosenfeld, P.C. has heretofore performed certain professional services for the Estate or plans to perform such services which may be rendered prior to the signing of any order upon this Application.

8.

Applicant proposes that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

9.

Counsel will seek compensation comparable to the cost of services other than a case under Title 11. Such compensation may include compensation for risk of success and delay in payment.

Counsel's current hourly rates for services performed for clients compensating said services as incurred on a monthly basis are:

| | |
|---|---|
| Kathleen Steil | $325.00 - $390.00 per hr |
| Allen Rosenfeld: | $395.00 - $470.00 per hr |
| Tamara Ogier: | $425.00 - $470.00 per hr |
| William Rothschild: | $450.00 - $525.00 per hr |
| Paralegal: | $155.00 - $200.00 per hr |

To further clarify the fee range provided herein is to account for changes in the market conditions as the case progresses including but not limited to the 12 Johnson factors. The Eleventh Circuit, in February of 1988, concluded that the lodestar standard is to be followed

in the award of "reasonable fees" in fee sheeting cases. Norman v. Housing Authority of the City of Montgomery, 836 F.2nd 1292, 1299 (11th Cir. 1988) (1988 fee-shifting case. The 1990 Eleventh Circuit case of Grant v. Schumann Tire & Battery, Co., 908 F.2d 874, 879n. 11 (11th Cir. 1990) generally applied the loadstar approach to bankruptcy. The loadstar standard includes all of the twelve factors adopted in Johnson. That is, the Johnson factors are subsumed within the factors used to determine the lodestar. See Grant v. Schumann Tire & Battery, Co., 908 F.2d 874, 879n. 11 (11th Cir. 1990) and Johnson v. Georgia Highway Express, Inc., 488 F2d 714 (5th Cir. 1974).

10.

Counsel will begin any billing at the low end of the rates disclosed herein and adjust accordingly (if necessary) depending on market factors. As any and all fee applications are subject to bankruptcy court approval, Ogier, Rothschild & Rosenfeld, P.C future requests for compensation would disclose all rates, any possible rate changes, corresponding analysis and itemization of services rendered.

**WHEREFORE,** in light of the above, Trustee respectfully requests that the Court enter an order authorizing her to retain and appoint Ogier, Rothschild & Rosenfeld, P.C. as attorneys in these proceedings.

This 4th day of October, 2023

                          OGIER, ROTHSCHILD & ROSENFELD, P.C.

                          By: */s/ Kathleen Steil*
                              Kathleen Steil
                              Georgia Bar No. 598895

P.O. Box 1547                   Chapter 7 Trustee
Decatur, Georgia 30031
(404) 525-4000
ks@orratl.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-55019-LRC |
| BINANAT CAPITAL, LLC, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

**VERIFIED STATEMENT OF KATHLEEN STEIL PURSUANT TO FED.R.BANKR.P. 2014(a), IN SUPPORT OF APPLICATION TO EMPLOY OGIER, ROTHSCHILD & ROSENFELD, P.C. AS ATTORNEYS FOR CHAPTER 7 TRUSTEE**

Kathleen Steil, pursuant to Fed.R.Bankr.P. 2014(a) makes this Verified Statement in support of the Application to Employ Ogier, Rothschild & Rosenfeld, P.C. as Attorneys for Kathleen Steil as Chapter 7 Trustee and shows this Court as follows:

1.

Kathleen Steil is an attorney in the law firm of Ogier, Rothschild & Rosenfeld, P.C. with a mailing address of P.O. Box 1547, Decatur, GA 30031-1547.

2.

Kathleen Steil is an attorney admitted to this Bankruptcy Court and is in good standing with this Court.

3.

To the best of Kathleen Steil's knowledge, Ogier, Rothschild & Rosenfeld, P.C. and the employees thereof represent no interest adverse to the Trustee, the Debtor, the Estate, or any creditors of the Estate in the matters upon which it is to be engaged for the Chapter 7 Trustee, and the Appointment of Ogier, Rothschild & Rosenfeld, P.C. will be in the best interests of the Estate.

4.

Neither I nor Ogier, Rothschild & Rosenfeld, P.C. have ever performed services for the Debtor, or for any creditor of the Debtor, in connection with the Debtor or in connection with this case. To the best of my knowledge, neither I nor any employee have any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or persons employed by the United States Trustee which would be adverse to this Estate. However, I serve as bankruptcy trustee in cases in the Northern District of Georgia and this bankruptcy case, and I am appointed by the United States Trustee for Region 21.

5.

To the best of my knowledge, the undersigned and all employees of Ogier, Rothschild & Rosenfeld, P.C., are "disinterested persons" as defined by 11 U.S.C. §101(14), with respect to the above-captioned Debtor and creditors.

1) Specifically, Ogier, Rothschild & Rosenfeld, P.C.

   a) Was never employed by the Debtor or creditors prepetition;

   b) Is not a prepetition creditor of the Debtor or creditors;

   c) Is not an equity security holder of the Debtor or creditors;

   d) Is not an insider of the Debtor or creditors; and,

   e) Is not and was not an investment banker for any outstanding security of the Debtor or creditors.

2) Applicant has not been, within three (3) years before the date of the filing of the petition, an investment banker for a security of the Debtor or creditors, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor or creditors, nor does applicant have an interest materially adverse to the interest of

the estate of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in subparagraphs above, or for any other reason;

3) Ogier, Rothschild & Rosenfeld, P.C. has advised the Trustee of its willingness to serve as attorney and to be employed under an order pursuant to which it will receive reasonable compensation for its services and be reimbursed for its expenses under applicable law, after notice and hearing;

4) Ogier, Rothschild & Rosenfeld, P.C., intends to bill for its legal services in this case in accordance with its usual practice, applying its customary hourly rates for matters of this type and charging the actual out-of-pocket disbursements and expenses customarily billed to its clients and necessarily incurred;

5) Applicant represents that Ogier, Rothschild & Rosenfeld, P.C. is eligible for employment and appointment by the Trustee pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules; and,

6) Applicant states that the foregoing statements are true, and based upon my personal knowledge, and are made under penalty of perjury under the laws of the United States.

This 4th day of October, 2023

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Kathleen Steil*
Kathleen Steil
Georgia Bar No. 598895

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
ks@orratl.com

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Rosemary S. Armstrong**    rarmstrong@armstrongnix.com
- **Joseph J. Burton**    jburton@armstrongnix.com
- **Jon A. Gottlieb**    jong@lawfg.com, stellac@lawfg.com
- **Brian Linkowski**    brian.linkowski@fnf.com
- **Riley Bowden Liu**    rliu@brawwlaw.com
- **Jacob A. Maurer**    jmaurer@brawwlaw.com, cbastos@brawwlaw.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **Michael D. Robl**    michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com
- **Thomas Rosseland**    trosseland@brawwlaw.com
- **Kenneth A. Shapiro**    ken@mitchellshapiro.com, frank@mitchellshapiro.com
- **Robert D. Wildstein**    rwildstein@brawwlaw.com

I further certify that on this day I caused a copy of this document to be served via U.S. Mail by depositing the same in the United States Mail, postage prepaid and addressed to the following:

BinaNat Capital, LLC
5565 Glenridge Connector NE
Suite 850
Atlanta, GA 30342

Dated: October 4, 2023

By: */s/ Kathleen Steil*
Kathleen Steil
Georgia Bar No. 598895

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
ks@orratl.com