**IT IS ORDERED as set forth below:**



**Date: October 5, 2023**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-55019-lrc |
| BINANAT CAPITAL, LLC, | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

**ORDER GRANTING EMPLOYMENT OF COUNSEL SUBJECT TO OBJECTION**

Trustee filed an *Application to Employ Counsel*, in order to employ Ogier, Rothschild & Rosenfeld, P.C. ("ORR") as attorney for the Trustee (Doc. No. 45) ("the Application"). No notice or hearing on the Application is necessary. The Application and accompanying Verified Statement demonstrate that ORR is a firm of attorneys qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this justifies employment of a professional for the purpose specified.

Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §327 and bankruptcy Rule 2014, the Application is *granted* to the extent that the Trustee's law firm provides services that are necessary and beneficial to the estate and that are not the performance of the Trustee's statutory duties, consistent with In re McConnell, 2021 WL 203331 (Bankr. N.D. Ga. Jan. 4, 2021).

Trustee is authorized to employ ORR as her attorneys during Debtor's Chapter 7 case, subject to objection filed by the U.S. Trustee with said objection to be filed on or before 21 days from the date of entry of this Order. It is further

ORDERED that compensation shall be paid to Ogier, Rothschild & Rosenfeld, P.C. upon notice, hearing and approval by the court, pursuant to 11 U.S.C. §§330 and 331, and Bankruptcy Rule 2016, of an appropriately detailed application.

**END OF DOCUMENT**

PREPARED AND SUBMITTED BY:

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
*Chapter 7 Trustee*
P.O. Box 1547
Decatur, GA 30031
(404) 525-4000 ext. 406
ks@orratl.com

**DISTRIBUTION LIST:**

Kathleen Steil
Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

BinaNat Capital, LLC
5565 Glenridge Connector NE
Suite 850
Atlanta, GA 30342

Michael D. Robl
Robl Law Group LLC
3754 Lavista Rd, Suite 250
Tucker, GA 30084

Rosemary S. Armstrong
Joseph J. Burton
Armstrong Nix, P.C.
1050 Crown Pointe Pkwy
Suite 500
Atlanta, GA 30338

Jon A. Gottlieb
Flynn & Gottlieb, P.A.
800 Johnson Ferry Rd NE
Atlanta, GA 30342-1417

Brian Linkowski
Fidelity National Law Group
4170 Ashford Dunwoody Rd
Suite 475
Atlanta, GA 30319

Riley Bowden Liu, Jacob A. Maurer
Thomas Rosseland, Robert D. Wildstein
Bodker Ramsey Andrews Winograd & Wildstein, P.C.
One Ameris Center, Suite 1400
3490 Piedmont Rd NE
Atlanta, GA 30305

Kenneth A. Shapiro
Mitchell & Shapiro, LLP
881 Piedmont Ave NE
Atlanta, GA 30309