UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-55019-LRC |
| | ) | |
| BINANAT CAPITAL, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

COMES NOW Kathleen Steil, Chapter 7 Trustee, by and through counsel, in the above-referenced case, and pursuant to 11 U.S.C. §327, respectfully moves this Court for entry of an Order employing special counsel on behalf of the Chapter 7 Trustee. In support thereof, the Chapter 7 Trustee represents as follows:

1.

The Involuntary Petition for Chapter 7 Bankruptcy relief was filed by several creditors on or about May 31, 2023.

2.

The 341 Meeting of Creditors was concluded on December 8, 2023. Kathleen Steil is the duly appointed Chapter 7 Trustee.

3.

The Trustee desires to employ Austin Calhoun and his law firm of Jimerson Birr P.A. in the above-captioned bankruptcy estate as special counsel with respect to pursuing (including continuing ongoing litigation) the judicial foreclosure of real property commonly known as 816 Broad Street North, Jacksonville, FL 32202 ("Property") wherein Debtor holds a first priority lien on the Property. Services also include representing the Bankruptcy Estate at the foreclosure sale

1

and any necessary eviction and/or dispossessory actions.

4.

Austin Calhoun and his law firm of Jimerson Birr P.A. has offices located at One Independent Drive, Suite 1400, Jacksonville, Florida 32202. Austin Calhoun's phone number is (904) 389-0050 and his email address is acalhoun@jimersonfirm.com.

5.

Austin Calhoun is admitted to practice in the State of Florida and is experienced in litigation matters. His affidavit is attached hereto as Exhibit "A".

6.

The Trustee believes that Austin Calhoun and his law firm of Jimerson Birr P.A. ("Special Counsel") is the best choice to prosecute and/or settle the judicial foreclosure due to his prior knowledge of the case and the results obtained thus far.

7.

Due to the complicated nature of the Claim and expertise required in a venue that requires a judicial foreclosure, the proposed compensation to Special Counsel is $495 per hour for Austin Calhoun, $410 per hour for Attorney Melissa Murrin, and $200 per hour for paralegal work. Special Counsel will also request reimbursement for any reasonable expenses incurred. All requests for compensation are subject to future Bankruptcy Court review and approval.

8.

Austin Calhoun and his firm continue to actively litigate and pursue the prepetition judicial foreclosure of the Property (which is now property of the Bankruptcy Estate pursuant to 11 U.S.C. 541) and have kept (and continue to keep) a detailed record of their time. As of the date of this application, Special Counsel estimates about $15,441.60 in attorney fees have been incurred and recorded in the ongoing judicial foreclosure action. Special Counsel has agreed to submit a detailed

billing and fee application for all services rendered in connection with the Judicial Foreclosure. Special Counsel's ongoing services are necessary to protect and preserve the claim for the benefit of the Estate. The Trustee intends to seek authorization to pay Special Counsel (subject to Bankruptcy Court approval) from the proceeds derived from the judicial foreclosure.

9.

The proposed fee arrangement is reasonable given the totality of the circumstances: the rate is customary for claims of this nature, Special Counsel's preclusion from other employment, the nature of the claim, and Special Counsel's skill, experience and reputation. It is well established that "(f)rom the beginning and throughout a case, expertise in negotiations and tactics often advances a client's cause more quickly and effectively than the sustained methodical trench warfare of the classical litigation mode." Norman v. Housing Authority of the City of Montgomery, 836 F,2d 1292, 1300 (11th Cir. 1988). An Attorney's skill also incorporates the notions of organization and efficiency, knowledge and persuasiveness. See Norman, 836 F.2d. at 1301.

WHEREFORE, Trustee prays that this Court authorize employment of the law firm Jimerson Birr P.A. as Special Counsel to pursue, prosecute and resolve the Estate's judicial foreclosure action pursuant to the terms and conditions set forth herein.

OGIER ROTHSCHILD & ROSENFELD, P.C

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
*Counsel for Trustee*

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000 ext. 406
ks@orratl.com

3

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Rosemary S. Armstrong**    rarmstrong@armstrongnix.com
- **Joseph J. Burton**    jburton@armstrongnix.com
- **Jon A. Gottlieb**    jong@lawfg.com, stellac@lawfg.com
- **Brian Linkowski**    brian.linkowski@fnf.com, ticci.wilson@fnf.com
- **Riley Bowden Liu**    rliu@brawwlaw.com
- **Jacob A. Maurer**    jmaurer@brawwlaw.com, cbastos@brawwlaw.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **Michael D. Robl**    michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com
- **Thomas Rosseland**    trosseland@brawwlaw.com
- **Kenneth A. Shapiro**    ken@mitchellshapiro.com, frank@mitchellshapiro.com
- **Robert D. Wildstein**    rwildstein@brawwlaw.com

I further certify that on this day I caused a copy of this document to be served via US Mail by depositing the same in the United States Mail, postage prepaid and addressed to the following:

Binanat Capital, LLC
5565 Glenridge Connector NE
Suite 850
Atlanta, GA 30342

Austin Calhoun
Jimerson Birr P.A.
One Independent Drive
Suite 1400
Jacksonville, Florida 32202

This 12th day of December, 2023

OGIER ROTHSCHILD & ROSENFELD, P.C

/s/ Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
*Counsel for Trustee*

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000 ext. 406
ks@orratl.com

STATE OF FLORIDA
COUNTY OF DUVAL

<u>VERIFIED STATEMENT</u>

Personally appeared before the undersigned officer duly authorized by law to administer oaths Austin Calhoun of Jimerson Birr P.A. who after being duly sworn, on oath deposes and says:

1) I am an attorney with offices in Jacksonville, Florida.

2) To the best of my knowledge:

   (a) I am and every person in my firm is a "disinterested person" as defined by Section 101(14) of the Bankruptcy Code, regarding the aforementioned Debtor Binanat Capital, LLC, Ch. 7, Case No. 23-55019-lrc ("Bankruptcy Case"), now pending in the United States Bankruptcy Court for the Northern District of Georgia; or

   (b) I have reviewed the creditor matrix in this Bankruptcy Case as of December 12, 2023, and neither I nor any member of this firm:

      i. Holds or represents an interest adverse to this Estate;

      ii. Has had any business, professional or other connections with the Debtor Binanat Capital, LLC, except for: representing the Debtor in the pre-petition judicial proceedings regarding real property commonly known as 816 Broad Street North, Jacksonville, FL 32202 (the "Property"). The Judicial Foreclosure is still ongoing and is now property of the Bankruptcy Estate pursuant to 11 U.S.C. 541. As set forth in the corresponding Application to employ my firm as Special Counsel (to continue to protect and pursue this judicial foreclosure action for the benefit of the Estate), I have maintained billing records for services related to the ongoing judicial foreclosure of the Property and estimate about $15,441.60 in attorney fees incurred as of the application date. I am continuing to keep detailed records of my time in the judicial foreclosure for bankruptcy court review and approval. My time and services rendered thus far do not impact my ability to perform my duties and represent the Bankruptcy Estate with respect to the judicial foreclosure. I

1

understand that my fees are subject to Bankruptcy Court review and approval and the Trustee intends to seek to pay them from any funds recovered from the judicial foreclosure of the Property.

iii. Except as set forth herein, has had any business, professional or other connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee;

iv. Is related to any Judge of this Court, or so connected now or in the past with any Judge of this Court as to render such appointment improper.

v. I disclose I acknowledge, understand, and agree that (a) **only the Trustee can authorize, and the Bankruptcy Court in this case approve, a settlement of the subject claims**, (b) no settlement is binding or valid unless authorized by the Trustee and approved by the Bankruptcy Court in this case, (c) that the gross proceeds of any settlement approved by Bankruptcy Court must be remitted to the Trustee with no hold back for payment of compensation or reimbursement of expenses to me or my law firm, (d) that only after an award by the Bankruptcy Court in this case, after appropriate application by the Trustee, of my fees and expenses will I or my law firm be entitled to be paid such compensation and receive reimbursement of such expenses by the Trustee.

3)  I further represent that Jimerson Birr P.A. maintains errors and omissions insurance coverage in an amount sufficient for this matter.

4)  I further acknowledge, understand & agree that **a discharge issued in the case has no effect on the Trustee's administration of this claim or the foregoing conditions of my employment.**

2

FURTHER AFFIANT SAYETH NAUGHT.

                                              Austin Calhoun
                                              FL Bar No. 114382
                                              Jimerson Birr P.A.
                                              One Independent Drive, Suite 1400
                                              Jacksonville, FL 32202-5039
                                              (904) 389-0050
                                              acalhoun@jimersonfirm.com

Sworn to and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 12th day of December, 2023. Such person did take an oath and: *(Notary must check applicable box).*

☒     is/are personally known to me.
☐     produced a current Florida driver's license as identification.
☐     produced _____ as identification.

{Notary Seal must be affixed}

SIGNATURE OF NOTARY

_____
Name of Notary *(Typed, Printed or Stamped)*

JENNIFER FARBER
MY COMMISSION EXPIRES
JANUARY 21, 2025
#HH 044803
Bonded thru Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

3