**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-55019-LRC |
| BINANAT CAPITAL, LLC, | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

**TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ACCOUNTANT**

COMES NOW, Kathleen Steil Chapter 7 Trustee of the above-referenced bankruptcy Estate ("Trustee" and/or "Applicant"), by and through counsel, pursuant to Bankruptcy Code Section 327 and Bankruptcy Rule 2014, and respectfully applies for authority to employ an accountant. In support thereof applicant shows the Court as follows:

1.

Applicant wishes to employ Soneet Kapila and the firm of KapilaMukamal, LLP, CPAs, Forensic and Insolvency Advisors with a mailing address of 1000 South Federal Hwy, Suite 200, Fort Lauderdale, FL, 33316 (Phone: (954) 712-3201) as Applicant's accountant. Applicant has chosen said accountant for the reason that said accountant is well qualified to perform the work required in this case and is experienced in the matters for which accounting and financial forensic services are required.

Soneet R. Kapila, a founding partner of KapilaMukamal, LLP, is a highly experienced Certified Public Accountant (CPA) and Certified Fraud Examiner (CFE) with a Certification in Financial Forensics (CFF). Mr. Kapila has extensive experience working with Trustees nationwide conducting complex forensic and fraud investigations. Mr. Kapila and his firm are qualified to investigate complex financial matters including, but

not limited to, alleged preferential payments/fraudulent transfers, ponzi schemes, check kiting and financial fraud.

2.

Applicant states on information and belief that a professional review of the estate's books and records is called for by the facts of this case, and that such audit and related accounting work would be in the best interest of the estate.

3.

Professional services the accountant is to render include:

a) Conducting a forensics investigation and analysis into the Debtor's financial affairs, including but not limited to research involving any alleged: preferential payments, fraudulent transfers, ponzi schemes, check kiting and and/or financial fraud.

b) Review of the tax history of the debtor and preparation of such federal and state tax returns as may be required under 11 U.S.C. 728(b) and 26 U.S.C. 6012(b)(3);

c) The making of tax elections and the representation of the applicant before taxing authorities;

d) Preparing and filing any necessary tax returns on behalf of the estate; reviewing any claims filed by the Internal Revenue Service or other tax authorities and any other tax and/or accounting services which may be required by the Applicant or his counsel in the best interest of the estate and its creditors;

e) Such other work as may be indicated by the accountant's analysis of the records of the debtor and the estate including, but not limited to, the analysis of debtor's

records in support of claims which may be brought by Applicant under 11 U.S.C. 547, 548, 549, or other Code provisions, and

f) Assistance in the preparation of analysis, reconciliations and reports and litigation support required of or by the Trustee.

4.

A statement by Soneet Kapila is attached hereto, and incorporated herein by reference, as **Exhibit "A."** To the best of the Applicant's knowledge the accountant has no connection with the debtor, its creditors, or any other party in interest, or its attorneys and accounts. As set forth on Exhibit A, Mr. Kapila and his firm have performed, and is performing, accounting and forensic services for Chapter 7 Trustees. Mr. Kapila is also a sitting trustee on the panel of US Bankruptcy Trustees (Southern District of Florida) and has served in numerous matters in both the Southern and Middle Districts of Florida as a Chapter 7, Chapter 11 and Sub-chapter V Trustee.  The accountant has not and will not perform any services for such creditors in connection with this case.

5.

Applicant shows that the accountant has agreed to perform the described services for a fee based the following hourly rates:

Soneet R. Kapila, CPA:        $820 per hour

Kevin McCoy, CPA:            $610 per hour

Hourly rates for KapilaMukamal, LLP range from $200 to $820 per hour.  Although it is anticipated that the CPAs chiefly responsible for these efforts will be Soneet R. Kapila and Kevin McCoy, KapilaMukamal, LLP utilizes a wide range of staff on cases in an effort to match the skill levels of staff to the tasks needed, and blend the overall hourly rates for

an optimal mix. The accountant understands that the final compensation is subject to the approval of the Court. The Trustee will seek to pay the accountant as an administrative expense from any fund collected and/or recovered in this case.

    **WHEREFORE,** the Trustee respectfully requests that that Court enter an order authorizing the employment of KapilaMukamal, LLP to perform the professional services required in connection with this case on the terms set forth herein.

    Respectfully Submitted,

    OGIER, ROTHSCHILD & ROSENFELD, P.C.

    By:/s/ *Kathleen Steil*
        Kathleen Steil
        Georgia Bar No. 598895
        *Counsel for Chapter 7 Trustee*

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
ks@orratl.com

STATE OF FLORIDA
COUNTY OF BROWARD

Re:   Binanat Capital, LLC
      Bankruptcy Case No. 23-55019-LRC (Chapter 7)

## STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5002

The affiant hereby makes solemn oath:

1) I am a partner with the independent public accounting firm KapilaMukamal, LLP ("KM"), whose offices are located at 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. My e-mail address is: skapila@kapilamukamal.com. My office phone is (954) 712-3201.

2) I am duly licensed CPA in Florida. I am also Certified Insolvency & Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE) and Certified in Financial Forensics (CFF). My partner Barry E. Mukamal is a CPA, CIRA, CFE, and CFF. He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).

3) As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case. However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

4) KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters.

5) Neither I nor any member of this firm holds or represents an interest adverse to this debtor or the debtor's estate in the matter upon which I am to be engaged.

6) On January 16, 2024, I reviewed the Creditor Mailing Matrix in this case. Neither I nor any member of this firm has had any business, professional or other connections with the Debtor, creditors, or any other party in interest of which I am aware, and their respective attorneys and accountant, the United States Trustee, and any persons employed by the United States Trustee, which would render such appointment

disqualifying or cause a member of my firm not to be considered a "disinterested person" under 11 U.S.C. §101(14). I have the following connections with the debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed by the United States Trustee:

*NONE. However, out of an abundance of caution I disclose that my firm has performed, and is performing, accounting and forensic services for Chapter 7 Trustees. I am also a sitting trustee on the panel of US Bankruptcy Trustees (Southern District of Florida) and have served in numerous matters in both the Southern and Middle Districts of Florida as a Chapter 7, Chapter 11 and Sub-chapter V Trustee.*

Neither I nor any member of this firm is related to any judge of the Court, or so connected now or in the past with any judge of this Court to render such appointment improper.

_____
Soneet R. Kapila, CPA, CIRA, CFE and CFF
Of KapilaMukamal, LLP

Sworn to and subscribed
Before me this 7th day of March, 2024

_____
Notary Public



JANE PACHECO SILVA
Commission # HH 361705
Expires March 20, 2027

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ACCOUNTANT** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Rosemary S. Armstrong**   rarmstrong@armstrongnix.com
- **Joseph J. Burton**   jburton@armstrongnix.com
- **Jon A. Gottlieb**   jong@lawfg.com, stellac@lawfg.com
- **Brian Linkowski**   brian.linkowski@fnf.com, ticci.wilson@fnf.com
- **Riley Bowden Liu**   rliu@brawwlaw.com
- **Jacob A. Maurer**   jmaurer@brawwlaw.com, cbastos@brawwlaw.com
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov
- **Michael D. Robl**   michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com
- **Thomas Rosseland**   trosseland@brawwlaw.com
- **Kenneth A. Shapiro**   ken@mitchellshapiro.com, frank@mitchellshapiro.com
- **Kathleen Steil**   ks@orratl.com, GA66@ecfcbis.com;jc@orratl.com;ks@trustesolutions.net
- **Robert D. Wildstein**   rwildstein@brawwlaw.com

I further certify that on this day I caused a copy of the foregoing **TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ACCOUNTANT** to be served via U.S. Mail by depositing the same in the United States Mail, postage prepaid and addressed to the following:

KapilaMukamal, LLP
1000 South Federal Hwy, Suite 200,
Fort Lauderdale, FL,

Austin Calhoun
Jimerson Birr, P.A.
One Independent Drive, Ste 1400
Jacksonville, FL 32202

BinaNat Capital, LLC
5565 Glenridge Connector NE
Suite 850
Atlanta, GA 30342

Rosemary S. Armstrong, Esq.
Armstrong Nix, P.C.
1050 Crown Pointe Pkwy, Suite 500
Atlanta, GA 30338

Joseph J. Burton, Jr, Esq.
Armstrong Nix, P.C.
1050 Crown Point Parkway
Suite 500
Atlanta, GA 30338

Brian Linkowski, Esq.
Fidelity National Law Group
4170 Ashford Dunwoody Road
Suite 475
Atlanta, GA 30319

Kenneth A. Shapiro, Esq.
Mitchell, Shapiro, Greenamyre & Funt, LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305

Jon A. Gottlieb, Esq.
Flynn & Gottlieb, P.A.
800 Johnson Ferry Road, N.E.
Atlanta, GA 30342-1417

Robert D. Wildstein, Esq.
Riley B. Liu, Esq.
Jacob A. Maurer, Esq.
Bodker Ramsey Andrews Winograd &
Wildstein, P.C.
One Ameris Center, Suite 1400
3490 Piedmont Road, NE
Atlanta, Georgia 30305

Thomas Rosseland, Esq.
Harry J. Winograd, Esq.
Bodker Ramsey Andrews Winograd &
Wildstein, P.C.
One Ameris Center, Suite 1400
3490 Piedmont Road, NE
Atlanta, Georgia 30305

Dated: March 8, 2024

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:/s/*Kathleen Steil*
Kathleen Steil
Georgia Bar No. 598895
*Counsel for Chapter 7 Trustee*

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
ks@orratl.com