**IT IS ORDERED as set forth below:**



**Date: March 26, 2024**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 23-55019-LRC |
| BINANAT CAPITAL, LLC, | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |

**ORDER APPROVING EMPLOYMENT OF REALTORS,
SUBJECT TO OBJECTION (COMMISSION)**

The Trustee filed her *Trustee's Application for Employment of Realtors* (the "Application") (Doc. No. 81) on March 22, 2024 requesting authority to employ Nathan Genovese of Re/Max Gold and Keith Goldfaden of NAI Hallmark as co-realtors ("Realtors") as real estate agents of the Bankruptcy Estate. Through the Application, the Trustee seeks to employ Realtor to list, market, show and sell (subject to Court approval) the real property commonly known as 816 Broad Street N, Jacksonville, FL 32202 ("Property"). No notice or hearing on the Application is necessary. Based upon the affidavit included in the Application, it appears that Realtors are firms employing licensed real estate agents with expertise in the matter in which they are engaged and that this case justifies employment of a professional for the purpose specified.

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of the entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §327(a) and FED R. BANKR. P. 2014, the Application is approved. Trustee is authorized to employ Nathan Genovese of Re/Max Gold and Keith Goldfaden of NAI Hallmark as co-realtors for the Trustee during the Debtor's Chapter 7 case.

2. No compensation shall be paid to Realtor until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Trustee and the United States Trustee[1]. Realtor expects to be paid in the event of sale through a real estate commission.

3. Any objection to this Order shall be served on the United States Trustee, the Realtor, the Trustee, Debtor, and Counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, Realtor, Debtor, counsel for Debtor, and the objecting party.

**END OF DOCUMENT**

---

[1] See the United States Trustee Guidelines for Reviewing Applications for Compensation

PREPARED AND SUBMITTED BY:
OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: /s/  Kathleen Steil
Kathleen Steil
Georgia Bar No. 598895
P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
ks@orratl.com
*Chapter 7 Trustee*

DISTRIBUTION LIST

United States Trustee
362 Richards Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Binanat Capital, LLC
5565 Glenridge Connector NE
Suite 850
Atlanta, GA 30342

Michael D. Robl
Robl Law Group LLC
3754 Lavista Road, Suite 250
Tucker, Georgia 30084

Nathan Genovese
RE/MAX Gold
320 College Ave, Suite 320
Santa Rosa, CA 95401

NAI Hallmark
Keith Goldfaden
200 Riverside Avenue, Suite 5
Jacksonville, FL 32202

Rosemary S. Armstrong
Joseph J. Burton
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

Jon A. Gottlieb
Flynn & Gottlieb, P.A.
800 Johnson Ferry Road, N.E.
Atlanta, Georgia 30342-1417

Brian Linkowski
Fidelity National Law Group
4170 Ashford Dunwoody Road
Suite 475
Atlanta, GA 30319

Riley Bowden Liu, Jacob A. Maurer
Thomas Rosseland, Robert D. Wildstein
Bodker Ramsey Andrew Winograd & Wildstein, P.C,
One Ameris Center, Suite 1400
3490 Piedmont Rd NE
Atlanta, GA 30305-4808

Kenneth A. Shapiro
Mitchell, Shapiro, Greenamyre & Funt LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305

Austin Calhoun
Jimerson Birr P.A.
One Independent Drive
Ste 1400
Jacksonville, FL 32202

Soneet Kapila
KapilaMukamal, LLP
1000 South Federal Hwy, Suite 200
Fort Lauderdale, FL 33316