**IT IS ORDERED as set forth below:**



Date: August 6, 2025

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-55019-LRC |
| BINANAT CAPITAL, LLC, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| KATHLEEN STEIL, CHAPTER 7 ) | |
| TRUSTEE, ) | CONTESTED MATTER |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JPMORGAN CHASE BANK a/k/a ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| JPMORGAN CHASE & CO, ) | |
| ) | |
| CHASE a/k/a CHASE BANK, ) | |
| ) | |
| Respondents, ) | |

**ORDER GRANTING TRUSTEE'S SECOND MOTION FOR ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR PRODUCTION OF DOCUMENTS UPON JPMORGAN CHASE BANK a/k/a JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO, AND CHASE A/K/A CHASE BANK.**

This matter comes before the Court on the Trustee's Second Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Production of Documents Upon JPMorgan Chase Bank A/K/A JPMorgan Chase Bank, N.A., JPMorgan Chase & Co, and Chase A/K/A Chase Bank (Doc. No. 125) filed on July 31, 2025, (the "Motion") by the Chapter 7 Trustee Kathleen Steil (the "Binanat Trustee"). Through the Motion, the Binanat Trustee seeks the entry of an order pursuant to Federal Rule of Bankruptcy Procedure 2004 for the production of documents listed on Exhibit A attached thereto. The Motion having been read and considered, it is

1. **ORDERED** that the Motion is **GRANTED.** JPMorgan Chase Bank a/k/a JPMorgan Chase Bank, N.A., JPMorgan Chase & Co, and Chase a/k/a Chase Bank (the "Respondents") are directed to produce the documents set forth in Exhibit A to the Motion pursuant to Bankruptcy 2004 on or before 5:00PM on **August 20, 2025** at the offices of Binanat Trustee's counsel, Ogier, Rosenfeld & Steil, P.C. f/k/a Ogier, Rothschild & Rosenfeld, P.C., mailing address: P.O. Box 1547, Decatur, GA 30031 or via electronic mail to Trustee's Counsel Kathleen Steil at ks@orsatl.com, or at such other date, place and time as may be agreed to by the parties and/or as set forth in Binanat Trustee's subpoena;

2. **ORDERED** that the Binanat Trustee is authorized to share any and all documents produced pursuant to this Motion (and any corresponding subpoenas) with both the Office of the United States Trustee and the Storm Trustee.

**END OF DOCUMENT**

Prepared and submitted by:

OGIER, ROSENFELD & STEIL, P.C. f/k/a
OGIER, ROTHSCHILD & ROSENFELD, P.C.

/s/        Kathleen Steil
        Kathleen Steil
        Georgia Bar No. 598895
        *Counsel for the Chapter 7 Trustee*
        P.O. Box 1547
        Decatur, GA 30031
        (404) 525-4000
        ks@orsatl.com

**DISTRIBUTION LIST**

United States Trustee
362 Richards Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

JPMorgan Chase Bank
JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

JPMorgan Chase Bank
c/o C T Corporation System
289 S Culver St
Lawrenceville, GA 30046-4805

JPMorgan Chase Bank, N.A.
c/o C T Corporation System
289 S Culver St
Lawrenceville, GA 30046-4805

JP Morgan Chase Bank, N.A.
c/o James Dimon a/k/a Jamie Dimon, CEO
383 Madison Avenue
New York, NY 10179

JPMorgan Chase & Co
c/o C T Corporation System
289 S Culver St
Lawrenceville, GA 30046-4805

JPMorgan Chase & Co
c/o James Dimon a/k/a Jamie Dimon, CEO
383 Madison Avenue
New York, NY 10179

JPMorgan Chase & Co
383 Madison Avenue
New York, NY 10179

Chase a/k/a Chase Bank
c/o James Dimon a/k/a Jamie Dimon, CEO
383 Madison Avenue
New York, NY 10179

National Subpoena Processing
JP Morgan Chase Bank, N.A
Mail Code LA4-7300
700 Kansas Lane
Monroe, LA 71203

JPMorgan Chase Bank, N.A
Attn: Court Orders Dept.
Mail Code LA4-7300
700 Kansas Lane
Monroe, LA 71203

Binanat Capital, LLC
5565 Glenridge Connector NE
Suite 850
Atlanta, GA 30342

Jason Pettie, Chapter 7 Trustee
Taylor English Duma
1600 Parkwood Circle, SE
Atlanta, GA 30337

Rosemary Armstrong
Armstrong Nix, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338

Joseph J. Burton
Armstrong Nix, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338

Jon A. Gottlieb
Flynn & Gottlieb, P.A.
800 Johnson Ferry Road, N.E.
Atlanta, Georgia 30342-1417

Brian Linkowski
Fidelity National Law Group
4170 Ashford Dunwoody Rd, Ste 475
Atlanta, GA 30319

Riley Bowden Liu
Bodker Ramsey Andrews Winograd & Wildstein, P.C.
One Ameris Center, Suite 1400
3490 Piedmont Road, NE
Atlanta, GA 30305

Case 23-55019-lrc    Doc 127    Filed 08/07/25    Entered 08/07/25 07:53:45    Desc Main
Document      Page 6 of 7

Jacob A. Maurer
Bodker Ramsey Andrews Winograd & Wildstein, P.C.
One Ameris Center, Suite 1400
3490 Piedmont Road, NE
Atlanta, GA 30305

Michael D. Robl
Robl Law Group LLC
3754 Lavista Road, Suite 250
Tucker, Georgia 30084

Thomas Rosseland
Robl Law Group LLC
3754 Lavista Road, Suite 250
Tucker, Georgia 30084

Kenneth A. Shapiro
Mitchell, Shapiro, Greenamyre & Funt LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305

Robert D. Wildstein
Bodker Ramsey Andrews Winograd & Wildstein, P.C.
One Ameris Center, Suite 1400
3490 Piedmont Road, NE
Atlanta, GA 30305