1  Kristin K. Mayes
   Arizona Attorney General
2  Firm State Bar No. 14000

3  Matthew A. Silverman (AZ# 018919)
4  Assistant Attorney General
   Office of the Attorney General
5  2005 North Central Avenue
   Phoenix, Arizona 85004-1592
6  Telephone: (602) 542-7774
7  Facsimile: (602) 542-4273
   Email: Matthew.Silverman@azag.gov
8  Attorney for the State of Arizona
   *ex rel.* Arizona Corporation Commission

*Filed in U.S. Bankruptcy Court Northern District of Georgia Vania S. Allen, Clerk*
*SEP 1 2 2025*
*By: _____ Deputy Clerk*

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | Chapter 7 |
| BINANAT CAPITAL, LLC | Case No. 23-55019-lrc |
| Debtor. | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** |

**PLEASE TAKE NOTICE** the State of Arizona *ex rel.* Arizona Corporation Commission, by and through its undersigned attorney, hereby withdraws, without prejudice, its Poof of Claim filed on January 12, 2024.

RESPECTFULLY SUBMITTED this 8th day of September, 2025.

        KRISTIN K. MAYES
        Attorney General

        *Digitally signed by Matthew A Silverman*
        *Date: 2025.09.05 11:20:39 -07'00'*

        Matthew A. Silverman
        Matthew A. Silverman
        Assistant Attorney General
        Attorney for the State of Arizona
         *ex rel.* Arizona Corporation Commission

BCE23-02018

1. ORIGINAL of the foregoing submitted for filing by U.S. Mail this 8th day of September, 2025 with:

United States Bankruptcy Court
Northern District of Georgia
Room 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

COPY of the foregoing sent by email this 8th day of September, 2025 to:

Maxwell William Bowen
Robl Law Group
Suite 250
3754 Lavista Road
Tucker, GA 30084
max@roblgroup.com
*Attorney for Debtor*

Kathleen Steil
Ogier, Rosenfeld & Steil, P.C.
P.O. Box 1547
Decatur, GA 30031
ks@orratl.com
*Trustee*

Digitally signed by Sandra Carlson
Date: 2025.09.08 09:27:58 -07'00'

Sandy Carlson



**OFFICE OF THE ATTORNEY GENERAL**
STATE OF ARIZONA
BANKRUPTCY AND COLLECTION ENFORCEMENT
2005 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85004-1592

CEAE60570

CLEARED SECURITY

SEP 12 2025

U.S. MARSHALS SERVICE
Atlanta, Georgia



US POSTAGE IMI PITNEY BOWES
ZIP 85004  $ 000.74⁰
02 7W
0008034273 SEP. 08. 2025

United States Bankruptcy Court
Northern District of Georgia
Room 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303