# ROBL & BOWEN LLC
### Attorneys at Law

February 4, 2026

**<u>Via ECF</u>**

Courtroom Deputy Clerk to the Honorable Lisa Ritchey Craig
Richard B. Russell Federal Building & U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

    *Re:*    Case No. 23-55019 -LRC; Binanat Capital, LLC; Notice of Leave of Absence

Dear Deputy Clerk,

In accordance with Local Rule 9010-5(e), the undersigned attorney in the above-referenced cases hereby requests a leave of absence from all court appearances and that the cases not be calendared during the following periods:

March 6 - 13, 2026. Purpose of this leave: family vacation.

June 15-26, 2026. Purpose of this leave: leading a Boy Scout high adventure trip.

July 2-12, 2026. Purpose of this leave: attending family reunion.

I am not aware of any scheduled hearing during the above-referenced periods of time. Thank you for your assistance with this matter.

                        Sincerely,

                        Michael D. Robl

cc:

Attorneys (via ECF)
Trustees (via ECF)