**IT IS ORDERED as set forth below:**



**Date: February 5, 2026**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BINANAT CAPITAL, LLC**,** | ) | CASE NO. **23-55019** – LRC |
| | ) | |
| Debtor. | ) | |

**ORDER STRIKING NOTICE OF LEAVE OF ABSENCE**

Attorney Michael D. Robl filed a *Notice of Leave of Absence* on February 4, 2026 (Doc. No. 134) (the "Notice"). The Notice provides notice of Mr. Robl's intent to take leave during the months of March, June, and July 2026. Bankruptcy Local Rule 9010-5(e), states in part that "a request for a leave of absence for fewer than 21 days shall be made by letter addressed to the Bankruptcy Judge's courtroom deputy," and the "request is deemed granted when the letter is docketed."

Mr. Robl's request is defective because the Notice was docketed by Mr. Robl without being first mailed to the Courtroom Deputy. As the Notice fails to comply with Bankruptcy Local Rule 9010-5(e), it is hereby

**ORDERED** that the Notice is **STRICKEN.**

**[END OF DOCUMENT]**

**Distribution List**

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Kathleen Steil
Kathleen Steil, Trustee
Ogier, Rosenfeld & Steil, P.C.
P.O. Box 1547
Decatur, GA 30031