## LAW OFFICES
## FLYNN & GOTTLIEB, P.A.
A PROFESSIONAL ASSOCIATION COMPRISED OF PROFESSIONAL CORPORATIONS
800 Johnson Ferry Road, N.E.
ATLANTA, GEORGIA 30342-1417
TELEPHONE (404) 497-8000
TELECOPIER (404) 845-0888

March 10, 2026

EDWARD D. FLYNN, III, P.C.*
JON A. GOTTLIEB, P.C.

_____
* ALSO ADMITTED IN SC, FL AND
THE DISTRICT OF COLUMBIA

WRITER'S E-MAIL
jong@lawfg.com

WRITER'S DIRECT DIAL
(404) 497-8001

WRITER'S DIRECT FAX
(404) 497-8009

**VIA EMAIL (Christy_lee@ganb.uscourts.gov)**
Christy Lee, Courtroom Deputy
For The Honorable Lisa Ritchey Craig
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

RECEIVED

MAR 11 2026

Lisa Ritchey Craig
United States Bankruptcy Judge

Re:   In Re: BinaNat Capital, LLC
      United States Bankruptcy Court, Northern District of Georgia
      Bankruptcy Case CAFN 23-55019-lrc
      Adversary Proceeding CAFN 25-05172-LRC

Ms. Lee:

I represent creditor Mashala Investments LLC in the above-styled bankruptcy case and adversary proceeding. Pursuant to BLR 9010-5(e), please let this letter serve as my request that the Bankruptcy Court not place on a calendar any matter involving Mashala Investments LLC for the following dates:

- May 4, 2026 through May 15, 2026 (family wedding out of state)

- June 29, 2026 through July 19, 2026 (family vacation out of state)

- August 28, 2026 through September 14, 2026 (family wedding out of country)

I will be on personal and/or family vacation during these periods. Pursuant to said Local Rule, I make this request for a leave of absence by letter directed to you, rather than by motion, because the period of the requested leave is less than 21 days.

To the best of my knowledge, information and belief, there is no hearing or other proceeding presently scheduled before the Court during the aforementioned period of time. Please let me know if you have any questions or if I may be of other assistance.

Thank you.

{00271757 1 }

Christy Lee, Courtroom Deputy
To The Honorable Lisa Ritchey Craig
March 10, 2026
Page 2

Very truly yours,

FLYNN & GOTTLIEB, P.A.

Jon A. Gottlieb

JAG:sc
cc:  Kathleen Steil, Esq. (*via email*)
     Michael D. Robl, Esq. (*via email*)
     Mashala Investments LLC (*via email*)

{00271757 1 }