# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 23-55019 | Trustee Name: | Kathleen Steil |
| Case Name: | BINANAT CAPITAL, LLC | Date Filed (f) or Converted (c): | 05/31/2023 (f) |
| For the Period Ending: | 03/31/2026 | §341(a) Meeting Date: | 11/14/2023 |
| | | Claims Bar Date: | 03/12/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking Account at First Horizon, xxxxxx9234 | $111.00 | $42,637.73 | | $42,637.73 | FA |
| 2 | Notes Receivable: Subject Property: 6016 Bordeau Walk, Smyrna, GA 30092. | $40,000.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee conducts investigation. Nothing in this report constitutes an admission or waiver of the Estate's rights. | | | | | |
| 3 | 816 Broad Street, Jacksonville, FL 32226. (Judicial Foreclosure) | $246,000.00 | Unknown | | $221,000.00 | FA |
| 4 | Possible transfers and/or preferences        (u) | $0.00 | $1,000,000.00 | | $0.00 | $1,000,000.00 |
| **Asset Notes:** | Value is a placeholder while Trustee conducts statutory investigation. Nothing in this report constitutes an admission or waiver of rights. | | | | | |
| 5 | Accounts Receivables / Misc. Mortgages        (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Trustee is continuing investigation. Value is a placeholder only during ongoing investigation. Nothing in this report constitutes an admission or waiver of rights. | | | | | |
| 6 | Possible Claim in Storm bankruptcy (23-55028)        (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee conducts investigation. Nothing in this report constitutes an admission or waiver of the Estate's rights. | | | | | |
| 7 | Sindre Sale Property Sale        (u)<br>131, 133, 135 (Lots 12, 13 & 14) Hunts Mill | Unknown | $0.00 | | $85,483.60 | $1.00 |
| **Asset Notes:** | Bankruptcy Estate was not seller. Value is a placeholder only - Nothing in this report constitutes an admission or waiver of the Estate's interests.<br>Turnover of funds from Sindre's sale of property (131, 133 & 135 Hunts Mill).  Holding Subject to Court Order (Docket No. 101).  Parties to determine extent of property of the Estate. | | | | | |
| 8 | Arinat Sale of Property        (u)<br>105, 114, 115 & 138 (Lots 3, 8, 22 & 25) Hunts Mill | Unknown | $0.00 | | $117,481.19 | $1.00 |
| **Asset Notes:** | Bankruptcy Estate was not seller. Value is a placeholder only - Nothing in this report constitutes an admission or waiver of the Estate's interests.<br>Turnover of funds from Arinant sale of property (105, 114, 115, 138 Hunts Mill).  Holding Subject to Court Order (Docket No. 101). Parties to determine extent of property of the Estate. | | | | | |

**TOTALS (Excluding unknown value)**                                                       <u>**Gross Value of Remaining Asset**</u>

| | $286,111.00 | $1,042,640.73 | | $466,602.52 | $1,000,005.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 23-55019 | |
| **Case Name:** | BINANAT CAPITAL, LLC | |
| **For the Period Ending:** | 03/31/2026 | |

| | |
|---|---|
| **Trustee Name:** | Kathleen Steil |
| **Date Filed (f) or Converted (c):** | 05/31/2023 (f) |
| **§341(a) Meeting Date:** | 11/14/2023 |
| **Claims Bar Date:** | 03/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

2/9/26 - Preparing response in opposition to Mashala Motion to Dismiss.

12/10/25 - Ongoing settlement negotiations in adversary. Preparing Motions to Extend Time to Answer.

9/18/25 - Pending adversary proceeding re alleged transfers/preferences and funs collected by the Trustee.

9/1/25 - Communicating with accountant for estate.

4/30/25 - Preparing additional Motions pursuant to Rule 2004.

3/17/25 - Communicating with accountant for Estate re bank recon. summary and analysis. Continuing investigation.

1/10/25 - Communicating with accountant re document production

11/4/24 - Pending 2004 Motion re Production of Docs from JPMorgan Chase.

10/8/24 - Sale of real property in Florida (816 N. Broad St). Preparing report of sale.

07/5/2024 -  Pending 2004 Motion re Production of Docs from First Horizon Bank

06/4/24 - Pending Motion Joint Emergency Motion for Authorization to Release Liens and Hold Sale Proceeds Subject to Future Bankruptcy Court Order.

04/23/24 - Continuing investigation into possible preferences/transfers, mortgage interests/liens and accounts receivables.

03/08/24 - Trustee seeking employment of forensic accounting firm

12/13/23 - Trustee seeking employment of Special Counsel to pursue judicial foreclosure (FL property)

12/08/23 - 341 Meeting held and concluded

11/14/23 - 341 Meeting held but continued to 12/8/23

9/29/23 - Steil appointed as interim Trustee. 341 meeting 11/14/23.

5/21/23 - Involuntary Petition Filed

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 23-55019 | |
| **Case Name:** | BINANAT CAPITAL, LLC | |
| **For the Period Ending:** | 03/31/2026 | |

| | |
|---|---|
| **Trustee Name:** | Kathleen Steil |
| **Date Filed (f) or Converted (c):** | 05/31/2023 (f) |
| **§341(a) Meeting Date:** | 11/14/2023 |
| **Claims Bar Date:** | 03/12/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/20/2026 | **Current Projected Date Of Final Report (TFR):** 12/20/2026 | /s/ KATHLEEN STEIL |

KATHLEEN STEIL
Chapter 7 Trustee
GA Bar No. 598895
Ks@orsatl.com / (404) 551-4728

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 23-55019 | | | **Trustee Name:** | | Kathleen Steil |
| **Case Name:** | BINANAT CAPITAL, LLC | | | **Bank Name:** | | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5649 | | | **Checking Acct #:** | | ******1901 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 04/01/2025 | | | **Blanket bond (per case limit):** | | $30,650,000.00 |
| **For Period Ending:** | 03/31/2026 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/06/2024 | (1) | Binanat Capital | First Horizon Bank Account Funds | 1129-000 | $42,637.73 | | $42,637.73 |
| 07/01/2024 | (7) | Smith Welch Webb & White | Turnover of funds from Sindre's sale of property (131, 133 & 135 Hunts Mill). Holding Subject to Court Order (Docket No. 101) | 1241-000 | $85,483.60 | | $128,121.33 |
| 07/01/2024 | (8) | Smith Welch Webb & White | Turnover of funds from Arinant sale of property (105, 114, 115, 138 Hunts Mill). Holding Subject to Court Order (Docket No. 101) | 1221-000 | $117,481.19 | | $245,602.52 |
| 07/02/2024 | | Veritex Community Bank | Wire Fee (re Sindre Property Sale) | 2600-000 | | $10.00 | $245,592.52 |
| 07/02/2024 | | Veritex Community Bank | Wire Fee (re Arinat Property Sale) | 2600-000 | | $10.00 | $245,582.52 |
| 07/02/2024 | | Veritex Community Bank | Wire Fee Reversal/Refund (re Sindre Property Sale) | 2600-000 | | ($10.00) | $245,592.52 |
| 07/02/2024 | | Veritex Community Bank | Wire Fee Reversal/Refund (re Arinat Property Sale) | 2600-000 | | ($10.00) | $245,602.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $245,602.52 | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 23-55019 | | | **Trustee Name:** | | Kathleen Steil |
| **Case Name:** | BINANAT CAPITAL, LLC | | | **Bank Name:** | | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5649 | | | **Checking Acct #:** | | ******1901 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 04/01/2025 | | | **Blanket bond (per case limit):** | | $30,650,000.00 |
| **For Period Ending:** | 03/31/2026 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/16/2024 | | AlignX Law | Sale of Property per Order (DK No. 91) | * | $185,250.56 | | $430,853.08 |
| | {3} | | | $221,000.00 | 1149-000 | | $430,853.08 |
| | | | County Taxes from 1/1/24 to 10/8/2024 | ($1,327.20) | 2820-000 | | $430,853.08 |
| | | | Municipal Lien Search Updated to AlignX Law | ($125.00) | 2500-000 | | $430,853.08 |
| | | | Abstract/Title search to Attorneys' Title Fund Services/AlignX Law | ($250.00) | 2500-000 | | $430,853.08 |
| | | | Municipal Lien Search to AlignX Law | ($175.00) | 2500-000 | | $430,853.08 |
| | | | Seller's Attorney Fee to AlignX Law | ($4,500.00) | 2500-000 | | $430,853.08 |
| | | | Tax Search to AlignX Law | ($35.00) | 2500-000 | | $430,853.08 |
| | | | Title Insurance to ORNTIC/The Fund | ($1,180.00) | 2500-000 | | $430,853.08 |
| | | | Tax Search Update to AlignX Law | ($20.00) | 2500-000 | | $430,853.08 |
| | | | Wire Reimbursement to AlignX Law | ($75.00) | 2500-000 | | $430,853.08 |
| | | | Realtor Commissions | ($13,260.00) | 3510-000 | | $430,853.08 |
| | | | Order Authorizing Sale To Clerk of the Court | ($69.50) | 2500-000 | | $430,853.08 |
| | | | E-Recording Fee to Simplifile | ($10.00) | 2500-000 | | $430,853.08 |
| | | | Past Due Taxes 2020-2023 | ($14,477.74) | 6820-000 | | $430,853.08 |
| | | | Remote Online Notary Fee to Closing Attorney Support, Inc. | ($245.00) | 2500-000 | | $430,853.08 |
| 02/10/2025 | 5001 | International Sureties, Ltd. | Trustee Bond Payment | 2300-000 | | $397.08 | $430,456.00 |
| 03/12/2025 | | CHASE ONLINE BILL PAYMENT | Refund of recording fees from sale of property | 2500-002 | | ($25.50) | $430,481.50 |
| 12/05/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $430,481.50 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $185,250.56 | $430,853.08 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-55019 | Trustee Name: | Kathleen Steil |
|---|---|---|---|
| Case Name: | BINANAT CAPITAL, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5649 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2025 | Blanket bond (per case limit): | $30,650,000.00 |
| For Period Ending: | 03/31/2026 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|
| **TOTALS:** | | | | $430,853.08 | $430,853.08 | $0.00 |
| **Less: Bank transfers/CDs** | | | | $0.00 | $430,481.50 | |
| **Subtotal** | | | | $430,853.08 | $371.58 | |
| **Less: Payments to debtors** | | | | $0.00 | $0.00 | |
| **Net** | | | | $430,853.08 | $371.58 | |

**For the period of 04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $430,481.50 |

**For the entire history of the account between 06/06/2024 to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $466,602.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $466,602.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $36,121.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,121.02 |
| Total Internal/Transfer Disbursements: | $430,481.50 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Page No:** 4

| | | | |
|---|---|---|---|
| **Case No.** | 23-55019 | **Trustee Name:** | Kathleen Steil |
| **Case Name:** | BINANAT CAPITAL, LLC | **Bank Name:** | Vista Bank |
| **Primary Taxpayer ID #:** | **-***5649 | **Checking Acct #:** | ******0014 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 04/01/2025 | **Blanket bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 03/31/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/05/2025 | | Vista Bank | Transfer Funds | 9999-000 | $430,481.50 | | $430,481.50 |

|  | | | |
|---|---|---|---|
| **TOTALS:** | $430,481.50 | $0.00 | $430,481.50 |
| **Less: Bank transfers/CDs** | $430,481.50 | $0.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

| **For the period of 04/01/2025 to 03/31/2026** | | **For the entire history of the account between 12/05/2025 to 3/31/2026** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $430,481.50 | Total Internal/Transfer Receipts: | $430,481.50 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 23-55019 | **Trustee Name:** | Kathleen Steil |
| **Case Name:** | BINANAT CAPITAL, LLC | **Bank Name:** | Vista Bank |
| **Primary Taxpayer ID #:** | **-***5649 | **Checking Acct #:** | ******0014 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 04/01/2025 | **Blanket bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 03/31/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $430,853.08 | $371.58 | $430,481.50 |

**For the period of 04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $430,481.50 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $430,481.50 |

**For the entire history of the account between 12/05/2025 to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $466,602.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $466,602.52 |
| Total Internal/Transfer Receipts: | $430,481.50 |
| | |
| Total Compensable Disbursements: | $36,121.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,121.02 |
| Total Internal/Transfer Disbursements: | $430,481.50 |

/s/ KATHLEEN STEIL

KATHLEEN STEIL
Chapter 7 Trustee
GA Bar No. 598895
Ks@orsatl.com / (404) 551-4728