**Movants counsel shall serve a copy of this Order on all non ecf recipients, including the Debtor, within 3 days of entry and shall file a certificate of service evidencing the same within 3 days of service.**

**IT IS ORDERED as set forth below:**

**Date: October 20, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-55019-LRC |
| BINANAT CAPITAL, LLC, | CHAPTER 7 |
| DEBTOR. | JUDGE RITCHEY CRAIG |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT OF CLAIMS AGAINST RICHARD SVENSSON**

This matter comes before the Court on the *Trustee's Motion for Approval of Compromise and Settlement of Claims Against Richard Svensson* (Doc. 144)(the "Motion") filed on September 17, 2026, by Kathleen Steil as Chapter 7 Trustee for Bankruptcy Estate of Binanat Capital, LLC ("Trustee"). Through the Motion, the Trustee seeks to, *inter alia*, resolve the Bankruptcy Estate's claims raised in the Litigation (as that term is defined in the Motion) against Richard Svensson ("Svensson").

Notice of the opportunity to object and for hearing on the Motion was provided pursuant to the procedures in the Fifth Amended and Restated General Order No. 24-2018 and no response the Motion was filed prior to the response deadline. The Court has considered the Motion and all other matters of record, including the lack of response hereto, and based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Settlement Motion. Accordingly, it is hereby

**ORDERED** that the Motion is **Granted**. It is further

**ORDERED** that the Chapter 7 Trustee is authorized to compromise and settle the Estate's claims upon the terms and conditions set forth in the Motion and its attached Settlement Agreement, which is hereby approved in all respects in this case; it is further

**ORDERED** that the Chapter 7 Trustee is authorized to execute all documents necessary to effectuate the settlement according to the terms and conditions set forth herein, and in the Motion; it is further

**ORDERED** that in accordance with the terms of the Settlement Agreement, Richard Svensson shall have thirty (30) days from the date of entry of this Order to file his general unsecured proof of claim for the amount of the Svensson Judgment (as that term is defined in the Litigation and the Motion) and said general unsecured claim shall then be treated as timely.

**END OF DOCUMENT**

Prepared and Submitted by:

OGIER, ROSENFELD & STEIL, P.C.

By: /s/ *Kathleen Steil*
Kathleen Steil
Georgia Bar No. 598895
P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
ks@orsatl.com
*Chapter 7 Trustee and*
*Counsel for Trustee*

**DISTRIBUTION LIST:**

Kathleen Steil, Esq.
Ogier, Rosenfeld & Steil, P.C.
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Rosemary S. Armstrong, Esq.
Armstrong Nix, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

Jon A. Gottlieb, Esq.
Flynn & Gottlieb, P.A.
800 Johnson Ferry Road
Atlanta, GA 30342-1417

Victor Moldovan Esq.
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33602

Thomas Rosseland, Esq.
Bodker, Ramsey, Andrews, Winograd & Wildstein, P.C.
3490 Piedmont Road, Suite 1400
Atlanta, GA 30305

Nicholas P. Bodin, Esq.
Armstrong Nix, P.C.
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338

Robert D Wilcox, Esq.
Wilcox Law Firm
1301 Riverplace Blvd, Suite 800
Jacksonville, FL 32207

Maxwell William Bowen, Esq.
Robl & Bowen, LLC
3754 Lavista Road, Suite 250
Atlanta, GA 30339

Kenneth A. Shapiro, Esq.
Mitchell, Shapiro, Greenamyre & Funt, LLC
3490 Piedmont Road, Suite 650
Atlanta, GA 30305